B1 (Official Form 1) (1/08)

Bar No#: 18577200

| UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF TEXAS DALLAS DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Meritage Mortgage Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**None** |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>**None** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):  **93-1186856** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**c/o 1601 Bryan Street, Suite 19034**<br>**DALLAS, TX**<br>ZIP CODE **75201** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**DALLAS** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**N/A** | ZIP CODE |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2009 (Build 9.0.27.2, ID 2061112803)*

B1 (Official Form 1) (1/08)                                                                                                            Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):  **Meritage Mortgage Corporation** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**    (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☑ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X** _____<br> Date |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☑ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box.) |
|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)). |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2009 (Build 9.0.27.2, ID 2061112803)*

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):  **Meritage Mortgage Corporation** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____

**X** _____

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

**X** /s/ Elizabeth G Smith
_____
  **Elizabeth G Smith**                    Bar No. **18577200**
  beth@egsmithlaw.com
**Law Offices of Elizabeth G Smith**
**6655 First Park Ten**
**Suite 250**
**San Antonio, TX 78213**

Phone No.**(210) 731-9177**        Fax No.**(210) 731-9130**

02/17/2009
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**Meritage Mortgage Corporation**

**X** /s/ Philip B. Sims
_____
Signature of Authorized Individual

  **Philip B. Sims**
_____
Printed Name of Authorized Individual

  **President**
_____
Title of Authorized Individual

02/17/2009
_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

IN RE:   **Meritage Mortgage Corporation**                    CASE NO

                                                              CHAPTER   **7**

# EXHIBIT "A" TO VOLUNTARY PETITION

| | |
|---|---|
| 1. Debtor's employer identification number is_____**93-1186856**_____. | |

2. If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is_____.

3. The following financial data is the latest available information and refers to the debtor's condition on_____**2/17/2009**_____.

   a. Total Assets                         **$102,851.29**

   b. Total Liabilities                   **$14,408,122.37**

| Secured debt | Amounts | Approximate number of holders |
|---|---|---|
| Fixed, liquidated secured debt | $0.00 | 0 |
| Contingent  secured debt | $0.00 | 0 |
| Disputed secured debt | $0.00 | 0 |
| Unliquidated secured debt | $0.00 | 0 |
| **Unsecured debt** | **Amounts** | **Approximate number of holders** |
| Fixed, liquidated unsecured debt | $14,408,122.37 | 111 |
| Contingent  unsecured debt | $0.00 | 0 |
| Disputed unsecured debt | $0.00 | 0 |
| Unliquidated unsecured debt | $0.00 | 0 |
| **Stock** | **Amounts** | **Approximate number of holders** |
| Number of shares of preferred stock | | |
| Number of shares of common stock | | |

*Comments, if any*

4. Brief description of debtor's business:
   *Debtor was an originator of loans.  Debtor aggregated loans it originated into pools and sold loans to investors, who sold loans or placed them into capital markets securitizations.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:   **Meritage Mortgage Corporation**

CASE NO

CHAPTER    **7**

## EXHIBIT "A" TO VOLUNTARY PETITION

*Continuation Sheet No. 1*

---

5.  List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 20% or more of the voting securities of the debtor:

---

6.  List the name of all corporations 20% or more of the outstanding voting securities of which are directly or indirectly owned, controlled, or held, with power to vote, by debtor:

    *FDIC as Receiver for NetBank, FSB, of Alpharetta, Georgia*

---

I, _____ **Philip B. Sims** _____ , the _____ **President** _____ of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Exhibit "A" to Voluntary Petition, and that it is true and correct to the best of my information and belief.

Date: __**02/17/2009**_____        Signature:__**/s/ Philip B. Sims**_____

                                                        **Philip B. Sims**
                                                        **President**

B6A (Official Form 6A) (12/07)

In re  **Meritage Mortgage Corporation**                    Case No.  _____
                                                                                          (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| None | None | | $0.00 | $0.00 |
| | | Total: | $0.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **Meritage Mortgage Corporation**                                    Case No. _____
                                                                                     (if known)

# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 1. Cash on hand. | | Cash | $80,136.81 |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | X | | |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |
| 6. Wearing apparel. | X | | |
| 7. Furs and jewelry. | X | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | |
| 10. Annuities.  Itemize and name each issuer. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Meritage Mortgage Corporation**                                    Case No. _____
                                                                                        (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | |
| 16. Accounts receivable. | X | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Meritage Mortgage Corporation**                                    Case No. _____
                                                                                                        (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Meritage Mortgage Corporation**                    Case No. _____

(if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | X | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | |
| 30. Inventory. | X | | |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | |

_____3_____ continuation sheets attached          **Total  >**          $80,136.81

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (12/07)

In re  **Meritage Mortgage Corporation**                                    Case No. _____
                                                                                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                                   $136,875.

☐   11 U.S.C. § 522(b)(2)
☐   11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |
| | | $0.00 | $0.00 |

B6D (Official Form 6D) (12/07)

In re  **Meritage Mortgage Corporation**                                    Case No. _____
                                                                                                (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☑  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | Subtotal (Total of this Page) > | | | $0.00 | $0.00 |
| | | | Total (Use only on last page) > | | | $0.00 | $0.00 |

_____**No**_____continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re  **Meritage Mortgage Corporation**                                    Case No. _____
                                                                                              (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**1**_____continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re **Meritage Mortgage Corporation**                                    Case No. _____
                                                                                        (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **7763782** <br> **City of Phialdelphia** <br> **Dept. of Revenue** <br> **PO Box 1678** <br> **Phiadelphia, PA 19105-1678** | | DATE INCURRED: **2007** <br> CONSIDERATION: <br> **Gross Receipts Tax** <br> REMARKS: | | | | $332.35 | $332.35 | $0.00 |
| ACCT #: **B-93-1186856-9** <br> **New York State Dept. of** <br> **Taxation and Finance** <br> **Civil Enforcement Central Office** <br> **W.A. Harriman Campus** <br> **Albany, NY 12227** | | DATE INCURRED: **12/31/2006** <br> CONSIDERATION: <br> **Withholding Taxes** <br> REMARKS: | | | | $1,083.00 | $1,083.00 | $0.00 |
| ACCT #: **WTH-0000416534** <br> **State of Alabama** <br> **Dept. of Revenue** <br> **50 North Ripley Street** <br> **Montgomery, AL 36132** | | DATE INCURRED: **12/31/2007** <br> CONSIDERATION: <br> **Withholding Taxes** <br> REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ____1____ of ____1____ continuation sheets                    **Subtotals (Totals of this page) >**   | $1,415.35 | $1,415.35 | $0.00 |
attached to Schedule of Creditors Holding Priority Claims

**Total >**
**(Use only on last page of the completed Schedule E.**
**Report also on the Summary of Schedules.)**          $1,415.35

**Totals >**                                                                                  $1,415.35   $0.00
**(Use only on last page of the completed Schedule E.**
**If applicable, report also on the Statistical Summary**
**of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07)

In re   **Meritage Mortgage Corporation**                              Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**A&D Appraisal Services, Inc.**<br>**c/o Daniel E. Rogan**<br>**Statutory Agent**<br>**5651 Newton Falls Rd**<br>**Ravenna, OH 44266** | | DATE INCURRED:<br>CONSIDERATION:<br>**see Remarks below**<br>REMARKS:<br>**Global Markets Realty Group litigation** | | | | **$0.00** |
| **Representing:**<br>**A&D Appraisal Services, Inc.** | | **Andrew J. Dorman**<br>**Kevin J. Shebesta**<br>**Janik & Dorman, LLP**<br>**9200 South Hills Blvd., #300**<br>**Cleveland, OH 44147-3521** | | | | **Notice Only** |
| ACCT #:<br>**America's Servicing Company**<br>**c/o Statutory Agent**<br>**P. Ronald Sabatino**<br>**3895 Stoneridge Lane**<br>**Dublin, OH 43017** | | DATE INCURRED:<br>CONSIDERATION:<br>**see Remarks below**<br>REMARKS:<br>**Global Markets Realty Group litigation** | | | | **$0.00** |
| **Representing:**<br>**America's Servicing Company** | | **Cynthia Fischer**<br>**Lerner, Sampson & Rothfuss**<br>**120 E. Fourth St., Suite 800**<br>**Cincinnati, OH 45201-5480** | | | | **Notice Only** |
| ACCT #:<br>**Ann L. Wehener**<br>**Brennan, Manna & Diamond LLC**<br>**75 East Market St.**<br>**Akron, OH 44308** | | DATE INCURRED:   **unk**<br>CONSIDERATION:<br>**Attorney for Meritage Mortgage Corporation**<br>REMARKS:<br>**Represents Meritage Mortgage Corporation**<br>**in Global Markets Realty Corp. vs.**<br>**Sokolousky litigation** | | | | **Unknown** |
| ACCT #:<br>**Ann P. Goodman**<br>**McCullough, Campbell & Lane, LLP**<br>**205 N. Michigan Ave., Suite 4100**<br>**Chicago, IL 60601** | | DATE INCURRED:   **unk**<br>CONSIDERATION:<br>**Attorney for Meritage Mortgage Corporation**<br>REMARKS:<br>**Represents Meritage Mortgage Corporation**<br>**in City of Chicago v. Janine Swanagan**<br>**litigation** | | | | **Unknown** |

Subtotal > | **$0.00**

_____**22**_____continuation sheets attached

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Meritage Mortgage Corporation**                      Case No. _____

                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**B. Bradley & Associates, Inc.**<br>**dba Bradley Financial Group**<br>**2711 Centerville Road, Suite 400**<br>**Wilmington, DE 19808** | | DATE INCURRED:<br>CONSIDERATION:<br>**see Remarks below**<br>REMARKS:<br>**Chapman litigation** | | | | **$0.00** |
| ACCT #:<br>**Bank One c/o**<br>**John L. Gilbert**<br>**Hinshaw & Culbertson LLP**<br>**156 North Main St., Suite 206**<br>**Edwardsville, IL 62025** | | DATE INCURRED:    **unk**<br>CONSIDERATION:<br>**See remarks below**<br>REMARKS:<br>**Hill v. Bownes litigation** | | | | **Unknown** |
| ACCT #:<br>**Bank One c/o**<br>**Larry E. Hepler & Troy A. Bozarth**<br>**103 West Vandalia, Suite 300**<br>**PO Box 510**<br>**Edwardsville, IL 62025** | | DATE INCURRED:    **unk**<br>CONSIDERATION:<br>**See remarks below**<br>REMARKS:<br>**Hill vs. Bownes litigation** | | | | **Unknown** |
| ACCT #:<br>**Bashir Bradley**<br>**dba Bradley Financial Group**<br>**2711 Centerville Road, #400**<br>**Wilmington, DE 19808** | | DATE INCURRED:<br>CONSIDERATION:<br>**See Remarks below**<br>REMARKS:<br>**Chapman litigation** | | | | **$0.00** |
| ACCT #:  **35623 v.3**<br>**Bizeats Inc.**<br>**8095 SW Nimbus Dr.**<br>**Beaverton, OR 97008** | | DATE INCURRED:    **10/1/2007**<br>CONSIDERATION:<br>**unk**<br>REMARKS:<br>**35623 v.4** | | | | **$267.18** |
| ACCT #:  **MMC009**<br>**Blue Bird Transfer, Inc.**<br>**7555 SW Tech Center Drive**<br>**Portland, OR 97223** | | DATE INCURRED:    **12/7/2007**<br>CONSIDERATION:<br>**unknown**<br>REMARKS:<br>**Inv. Nos. 76283, 76553, 76066, 76175, 75750, 76665**<br>**Account no. MMC009** | | | | **$30,531.86** |

Sheet no. ____1____ of ____22____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                          **Subtotal >** | **$30,799.04**

                                                              **Total >**
                    **(Use only on last page of the completed Schedule F.)**
               **(Report also on Summary of Schedules and, if applicable, on the**
                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Meritage Mortgage Corporation**                     Case No. _____
                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **28912.9**<br>**Briggs & Morgan PA**<br>**2200 First National Bank Bldg.**<br>**St. Paul, MN 55101** | | DATE INCURRED:  **3/6/2008**<br>CONSIDERATION:<br>**See remarks below**<br>REMARKS:<br>**Ethel Hill case review**<br>**Hill Litigation - settlement pending**<br>**Invoice No.: 400717 397806** | | | | $1,767.00 |
| ACCT #:<br>**Bryan Skelton**<br>**Reed, Armstrong, ET AL**<br>**115 North Buchanan**<br>**PO Box 368**<br>**Edwardsville, IL  62026** | | DATE INCURRED:  **unk**<br>CONSIDERATION:<br>**Attorney for Meritage Mortgage Corp.**<br>REMARKS:<br>**Hill vs. Ownes litigation** | | | | Unknown |
| ACCT #:<br>**Cecely Chapman**<br>**c/o 533 S. 2nd Street**<br>**Colwyn, PA 19022** | | DATE INCURRED:<br>CONSIDERATION:<br>**See remarks below**<br>REMARKS:<br>**Chapman litigation** | | | | $0.00 |
| **Representing:**<br>**Cecely Chapman** | | **Matthew B. Weisberg**<br>**Prochniak & Weisberg PC**<br>**7 S. Morton Ave.**<br>**Morton, PA 10070** | | | | Notice Only |
| ACCT #:<br>**Champagne Associates Real Estate**<br>**c/o Opulent Realty, Inc.**<br>**358A Centre Street**<br>**Jamaica Plain, MA 02130-1208** | | DATE INCURRED:<br>CONSIDERATION:<br>**See Remarks below**<br>REMARKS:<br>**Darden litigation** | | | | $0.00 |
| ACCT #:<br>**Cherry Jenkins**<br>**c/o Geoffrey A. Domenico**<br>**Piscitelli Domenico & Murphy, LLP**<br>**171 Washington Street**<br>**North Easton, MA 02356** | | DATE INCURRED:<br>CONSIDERATION:<br>**See remarks below**<br>REMARKS:<br>**Smith/Dasilva litigation** | | | | $0.00 |

Sheet no. ____**2**____ of ____**22**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  |  |
|---|---|
| **Subtotal >** | $1,767.00 |
| **Total >**<br>**(Use only on last page of the completed Schedule F.)**<br>**(Report also on Summary of Schedules and, if applicable, on the**<br>**Statistical Summary of Certain Liabilities and Related Data.)** | |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Meritage Mortgage Corporation**                                    Case No. _____

                                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| **Representing: Cherry Jenkins** | | **Geoffrey A. Domenico Piscitelli, Domenico & Murphy, LLP 171 Washington St. North Easton, MA 02356** | | | | **Notice Only** |
| ACCT #:  **2221 Quebec St** <br> **City & County of Denver Community Planning & Dev. 201 W. Colfax Ave., Dept. 205 Denver, CO 80202** | | DATE INCURRED:    **12/3/2007** <br> CONSIDERATION: **unk** <br> REMARKS: **Inv. #WD200702027** | | | | **$450.00** |
| ACCT #: <br> **City of Chicago c/o Maria Azloz-Zas City of Chicago-Dept. of Law, Rm 700 30 North LaSalle Street Chicago, IL 60602** | | DATE INCURRED: <br> CONSIDERATION: **See remarks below** <br> REMARKS: **Lawsuit for city code violations** | | | | **$0.00** |
| ACCT #:  **71799.7336** <br> **City of Chicago c/o Wexler & Wexler 500 W. Madison St., Suite 2910 Chicago, IL 60661-2587** | | DATE INCURRED:    **3/27/2008** <br> CONSIDERATION: **unk** <br> REMARKS: **Agent for City of Chicago Acct. 71799.7336** | | | | **$2,574.30** |
| ACCT #:  **442145-00-8-000** <br> **Colorado Dept. of Labor & Employment PO Box 956 Denver, CO 80201-0956** | | DATE INCURRED:    **3/1/2008** <br> CONSIDERATION: **unk** <br> REMARKS: | | | | **$30.74** |
| ACCT #:  **99834** <br> **Commercial Contractors Inc. 1265 S. 35th Place Ridgefield, WA 98642** | | DATE INCURRED:    **10/16/2007** <br> CONSIDERATION: **See remarks below** <br> REMARKS: **Inv. #4052 AIA Document G701-2001** | | | | **$24,929.00** |

Sheet no. ____3____ of ____22____ continuation sheets attached to                                **Subtotal >**          **$27,984.04**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                          **Total >**
                                                                    **(Use only on last page of the completed Schedule F.)**
                                                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Meritage Mortgage Corporation**                    Case No. _____
                                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**David & Sandra Sokolousky**<br>**1237 Roslyn St., SW**<br>**Canton, OH 44710** | | DATE INCURRED:<br>CONSIDERATION:<br>**See remarks below**<br>REMARKS:<br>**Global Market Realty Group litigation** | | | | **$0.00** |
| **Representing:**<br>**David & Sandra Sokolousky** | | **Mark C. Willis, Esq.**<br>**Todd L. Willis, Esq.**<br>**Willis & Willis**<br>**670 West Market St.**<br>**Akron, OH 44303-1414** | | | | **Notice Only** |
| ACCT #:   **Loan #0440945897**<br>**David Wethy**<br>**2360 Mystic Shore Dr.**<br>**Cedar Hill, TX 75104** | | DATE INCURRED:   **2005**<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Prop.: 4915 Oilfield Dr., Arlington, TX**<br>**Kineard litigation** | | | | **$0.00** |
| ACCT #:   **Docket #08DS002063**<br>**Dept. of Revenue**<br>**Administrative Hearings**<br>**City Hall, Room 107A**<br>**121 N. LaSalle St.**<br>**Chicago, IL 60602** | | DATE INCURRED:   **1/6/2008**<br>CONSIDERATION:<br>**Collecting for municipal code violation**<br>REMARKS:<br>**Citation #S000219201** | | | | **$1,040.00** |
| ACCT #:   **see Remarks for list of accounts**<br>**Deutsche Bank National Trust Co.**<br>**1761 East St. Andrews Place**<br>**Santa Ana, CA 92705-4934** | | DATE INCURRED:   **10/2/2007**<br>CONSIDERATION:<br>**See Remarks below**<br>REMARKS:<br>**Acct. Nos.: 1000241481/22301972, Inv. re:**<br>**Arternio Rodriguez;  323066027/10000197633**<br>**and 323066035/1000197635, Inv. re: Frances** | | | | **$0.00** |
| | | **Darden;  1000235114/324374677, Inv. Re:**<br>**Bernard J. Gamler;  22391262/1000243082, Inv.**<br>**re: Ronald Rehagen**<br><br>**Repurchase of loan request for Chase, Home**<br>**Finance and Home Equity Servicing Corp.** | | | | |

Sheet no. ____**4**____ of ____**22**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$1,040.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Meritage Mortgage Corporation**                     Case No. _____
                                                                                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Dorchester Real Estate, Inc.**<br>**1544 Dorchester Ave.**<br>**Dorchester, MA 02122-1319** | | DATE INCURRED:<br>CONSIDERATION:<br>**See remarks below**<br>REMARKS:<br>**Smith/Dasilva litigation** | | | | **$0.00** |
| **Representing:**<br>**Dorchester Real Estate, Inc.** | | **Jay S. Gregory**<br>**LeClair Ryan, PC**<br>**Two International Place**<br>**Boston, MA 02210** | | | | **Notice Only** |
| **Representing:**<br>**Dorchester Real Estate, Inc.** | | **Thomas K. McCraw, Jr.**<br>**LeClair Ryan, PC**<br>**11th Floor, One International Place**<br>**Boston, MA 02110** | | | | **Notice Only** |
| ACCT #:<br>**Dorea Smith**<br>**c/o Geoffrey A. Domenico**<br>**171 Washington St.**<br>**North Easton, MA 02356** | | DATE INCURRED:<br>CONSIDERATION:<br>**See remarks below**<br>REMARKS:<br>**Smith/Dasilva litigation** | | | | **$0.00** |
| **Representing:**<br>**Dorea Smith** | | **Geoffrey A. Domenico**<br>**Piscitelli, Domenico & Murphy, LLP**<br>**171 Washington St.**<br>**North Easton, MA 02356** | | | | **Notice Only** |
| ACCT #:<br>**Dwight Jenkins**<br>**50 Stacy Street**<br>**Randolph, MA 02368-1939** | | DATE INCURRED:<br>CONSIDERATION:<br>**See Remarks below**<br>REMARKS:<br>**Smith/Dasilva litigation** | | | | **$0.00** |

Sheet no. ___5___ of ___22___ continuation sheets attached to     **Subtotal >** | **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Meritage Mortgage Corporation**                              Case No. _____

                                                                                       (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| **Representing:**<br>**Dwight Jenkins** | | **Geoffrey A. Domenico**<br>**Piscitelli, Domenico & Murphy, LLP**<br>**171 Washington St.**<br>**North Easton, MA 02356** | | | | **Notice Only** |
| ACCT #:<br>**EB Real Estate Group, Inc.**<br>**1532 Dorchester Ave.**<br>**Dorchester, MA 02122-1319** | | DATE INCURRED:<br>CONSIDERATION:<br>**See remarks below**<br>REMARKS:<br>**Smith/Dasilva litigation** | | | | **$0.00** |
| **Representing:**<br>**EB Real Estate Group, Inc.** | | **Joel D. Hillygus**<br>**Murphy & Riley PC**<br>**141 Tremont St.**<br>**Boston, MA 02111** | | | | **Notice Only** |
| **Representing:**<br>**EB Real Estate Group, Inc.** | | **Joseph A. King**<br>**Murphy & Riley PC**<br>**141 Tremont St.**<br>**Boston, MA 02111** | | | | **Notice Only** |
| **Representing:**<br>**EB Real Estate Group, Inc.** | | **Mary Alys Azzarito**<br>**Murphy & Riley**<br>**141 Tremont St.**<br>**Boston, MA 02111** | | | | **Notice Only** |
| ACCT #:<br>**Ethel Hill c/o Susan M. Simone**<br>**Staff Attorney Land of Lincoln**<br>**Legal Assistance Foundation, Inc.**<br>**8787 State Street, Suite 101**<br>**East St. Louis, IL 62203** | | DATE INCURRED:    **12/20/2001**<br>CONSIDERATION:<br>**Lender liability claims for refinance of home**<br>REMARKS:<br>**Case #01-L-796; Hill v. Bownes, ET AL**<br>**litigation; St. Claire County, IL** | | | | **$0.00** |

Sheet no. ____**6**____ of ____**22**____ continuation sheets attached to                                            **Subtotal >**    **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                                       **Total >**
                                                 **(Use only on last page of the completed Schedule F.)**
                                          **(Report also on Summary of Schedules and, if applicable, on the**
                                          **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Meritage Mortgage Corporation**          Case No. _____
                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Federal Deposit Insurance Corp. As Receiver for NetBank 1601 Bryan Street, 36th Floor Dallas, TX 75201** | | DATE INCURRED: <br> CONSIDERATION: **See remarks below** <br> REMARKS: **debt on NetBank Credit Facility (line of credit loan)** | | | | **$14,092,218.85** |
| ACCT #: **159469-IF** <br> **First American Title Company PO Box 3432 Idaho Falls, ID 83404** | | DATE INCURRED: **12/26/2007** <br> CONSIDERATION: **Cancellation fee** <br> REMARKS: **Inv. #3264-151003772** | | | | **$100.00** |
| ACCT #: **604034** <br> **First American Title Ins. Co. of Oregon 222 SW Columbia St., 4th Fl. Portland, OR 97201-6642** | | DATE INCURRED: **3/28/2007** <br> CONSIDERATION: **unk** <br> REMARKS: **Inv. 701931752** | | | | **$50.00** |
| ACCT #: <br> **Frances J. Darden 374 Harvard Street Dorchester, MA 02124-2714** | | DATE INCURRED: <br> CONSIDERATION: **See remarks below** <br> REMARKS: **Darden litigation** | | | | **$0.00** |
| **Representing: Frances J. Darden** | | **Max Weinstin, Esq. Legal Services Center 122 Boylston St. Jamaica Plain, MA 02130** | | | | **Notice Only** |
| **Representing: Frances J. Darden** | | **Roger Bertling Legal Services Center 122 Boylston Street Jamaica Plain, MA 02130** | | | | **Notice Only** |

Sheet no. ___7___ of ___22___ continuation sheets attached to          **Subtotal >**  | **$14,092,368.85**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Meritage Mortgage Corporation**                              Case No. _____
                                                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: **Freemont Investment & Loan nka Freemont Reorganization Corporation 5404 Cypress Center Dr., #300 Tampa, FL 33609-1044** | | DATE INCURRED: CONSIDERATION: **See remarks below** REMARKS: **Smith/Dasilva litigation** | | | | **$0.00** |
| **Representing: Freemont Investment & Loan nka** | | **Daniel A. Leonardo Bulkley Richardson & Gelinas LLP 98 North Washington St., #500 PO Box 6329 Boston, MA 02114-0016** | | | | **Notice Only** |
| **Representing: Freemont Investment & Loan nka** | | **Donn A. Randall Bulkley Richardson & Gelinas LLP 98 North Washington St., #500 PO Box 6329 Boston, MA 02114-0016** | | | | **Notice Only** |
| **Representing: Freemont Investment & Loan nka** | | **J. Patrick Kennedy Bulkley Richardson & Gelnias LLP 98 North Washington St., #500 PO Box 6329 Boston, MA 02114-0016** | | | | **Notice Only** |
| ACCT #: **Fremont Investment & Loan 2727 E. Imperial Hwy. Brea, CA 92821-6713** | | DATE INCURRED: CONSIDERATION: **See Remarks below** REMARKS: **Darden litigation** | | | | **$0.00** |
| **Representing: Fremont Investment & Loan** | | **Dean J. Wagner, Esq. Shechtman Halperin Savage, LLP 1080 Main St. Pawtucket, RI 02860** | | | | **Notice Only** |

Sheet no. ____**8**____ of ____**22**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**                                                                                            **$0.00**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Meritage Mortgage Corporation**                    Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Global Markets Realty Corp.**<br>**c/o Wells Fargo Bank, N.A.S.C.**<br>**3476 Stateview Blvd.**<br>**Fort Mill, SC 29715-7801** | | DATE INCURRED:<br>CONSIDERATION:<br>**See remarks below**<br>REMARKS:<br>**Global Markets Realty Corp. v. Sokolousky litigation** | | | | **$0.00** |
| **Representing:**<br>**Global Markets Realty Corp.** | | **Maria Biron, Esq.**<br>**Lerner Sampson Rothfuss**<br>**PO Box 5480**<br>**Cincinnati, OH 45201-5480** | | | | **Notice Only** |
| ACCT #:<br>**GMAC dba DiTech.com**<br>**100 Witmer Rd.**<br>**Horsham, PA 19044-2251** | | DATE INCURRED:<br>CONSIDERATION:<br>**See remarks below**<br>REMARKS:<br>**Darden litigation** | | | | **$0.00** |
| **Representing:**<br>**GMAC dba DiTech.com** | | **David M. Rosen, Esq.**<br>**Harmon Law Offices**<br>**PO Box 610389**<br>**Newton Highlands, MA 02461-0389** | | | | **Notice Only** |
| ACCT #: **509577-1096048**<br>**Greater Cincinnati Water Works**<br>**4747 Spring Grove Ave.**<br>**Cincinnati, OH 45232-1986** | | DATE INCURRED: **2007**<br>CONSIDERATION:<br>**unk**<br>REMARKS:<br>**9/24/07 ($59.45); 12/27/2007 ($79.38)** | | | | **$138.83** |
| ACCT #:<br>**Homecomings Financial Services, LLC**<br>**3451 Hammond Ave.**<br>**Waterloo, IA 50702** | | DATE INCURRED:<br>CONSIDERATION:<br>**See remarks below**<br>REMARKS:<br>**Chapman litigation** | | | | **$0.00** |

Sheet no. ____9____ of ____22____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >** | **$138.83**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Meritage Mortgage Corporation**                                  Case No. _____

                                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| **Representing:**<br>**Homecomings Financial Services, LLC** | | **Brian M. Fleisher**<br>**Fleischer Fleischer & Suglia**<br>**1800 John F. Kennedy Blvd., 20th Fl.**<br>**Philadelphia, PA 19103** | | | | **Notice Only** |
| **Representing:**<br>**Homecomings Financial Services, LLC** | | **Nicola G. Suglia**<br>**Fleischer Fleischer & Suglia**<br>**Plaza 1000 at Main St., Suite 208**<br>**Voorhees, NJ 08043-4633** | | | | **Notice Only** |
| ACCT #:<br>**HomEq, Inc. aka HomeEq Servicing**<br>**4837 Watt Ave.**<br>**North Highlands, CA 95660-5108** | | DATE INCURRED:<br>CONSIDERATION:<br>**See remarks below**<br>REMARKS:<br>**Darden litigation** | | | | **$0.00** |
| ACCT #:  **MER004**<br>**Integrated Filing Systems**<br>**PO Box 8550**<br>**La Verne, CA 91750** | | DATE INCURRED:     **10/22/007**<br>CONSIDERATION:<br>**unk**<br>REMARKS:<br>**Inv. #10022299** | | | | **$1,073.00** |
| ACCT #:  **SB083; FJ898**<br>**Iron Mountain**<br>**PO Box 601002**<br>**Los Angeles, CA 90060-1002** | | DATE INCURRED:     **2006, 2007**<br>CONSIDERATION:<br>**unk**<br>REMARKS:<br>**Inv. Nos. DR39004 ($101.25); JP70244 ($128.09);**<br>**JH85339-40 ($4,275.23); LK67897 ($126.56);**<br>**KW99512 ($126.56); LB80550 ($126.56)** | | | | **$4,884.25** |
| ACCT #:  **01104.SB083 and FJ898**<br>**Iron Mountain**<br>**PO Box 27128**<br>**New York, NY 10087-7128** | | DATE INCURRED:     **2007; 2008**<br>CONSIDERATION:<br>**unk**<br>REMARKS:<br>**Inv. JX98989 ($125.00); Inv. JY55495-96**<br>**($3,784.44)** | | | | **$3,909.44** |

Sheet no. _____**10**_____ of _____**22**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal > | **$9,866.69** |
|---|---|---|
|  | Total > | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Meritage Mortgage Corporation**                          Case No. _____
                                                                              (if known)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Jeffrey Lubsch & New Millennium Mortgage** <br> **9775 Grandview Dr.** <br> **St. Louis, MO 63123** | | DATE INCURRED: **unk** <br> CONSIDERATION: <br> **See remarks below** <br> REMARKS: <br> **Hill v. Bownes litigation** | | | | **Unknown** |
| ACCT #: <br> **John J. Amman** <br> **St. Louis University Law Clinic** <br> **321 North Spring** <br> **St. Louis, MO 63108** | | DATE INCURRED: **unk** <br> CONSIDERATION: <br> **See remarks below** <br> REMARKS: <br> **Hill v. Bownes litigation** | | | | **Unknown** |
| ACCT #: <br> **John L. Gilbert** <br> **Hinshaw & Culbertson LLP** <br> **156 North Main St., Suite 206** <br> **Edwardsville, IL 62025** | | DATE INCURRED: **unk** <br> CONSIDERATION: <br> **Attorney for Bank One** <br> REMARKS: <br> **Hill vs. Bownes litigation** | | | | **Unknown** |
| ACCT #: <br> **LaMarco Bownes** <br> **Peach & Pep Construction Co.** <br> **MLM Works** <br> **c/o 2209 Larbrook Dr.** <br> **Florissant, MO 63031-2817** | | DATE INCURRED: **unk** <br> CONSIDERATION: <br> **See remarks below** <br> REMARKS: <br> **Hill vs. Bownes litigation** | | | | **Unknown** |
| ACCT #: <br> **Larry E. Hepler & Troy A. Bozarth** <br> **Hepler, Broom, MacDonald, ET AL** <br> **103 West Vandalia, Suite 300** <br> **PO Box 510** <br> **Edwardsville, IL 62025** | | DATE INCURRED: **unk** <br> CONSIDERATION: <br> **See remarks below** <br> REMARKS: <br> **Hill vs. Bownes litigation** | | | | **$0.00** |
| ACCT #: <br> **LaSalle Bank Corp. dba LaSalle Bank, N.A** <br> **135 S. LaSalle Street** <br> **Chicago, IL 60603** | | DATE INCURRED: <br> CONSIDERATION: <br> **See remarks below** <br> REMARKS: <br> **Chapman litigation** | | | | **$0.00** |

Sheet no. ____**11**____ of ____**22**____ continuation sheets attached to                                                        **Subtotal >**    |  **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Meritage Mortgage Corporation**                          Case No. _____

                                                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| **Representing:** **LaSalle Bank Corp. dba LaSalle Bank, N.A** | | Nicola G. Suglia **Fleischer Fleischer & Suglia** **Plaza 1000 at Main St., Suite 208** **Voorhees, NJ 08043-4633** | | | | **Notice Only** |
| ACCT #: **Louis G. Bertucci** **1245 Hancock St., Suite 2** **Quincy, MA 02169-4320** | | DATE INCURRED: CONSIDERATION: **See remarks below** REMARKS: **Smith/Dasilva litigation** | | | | **$0.00** |
| **Representing:** **Louis G. Bertucci** | | Christopher J. Fein **Fein Law Office** **186 Forbes Rd., Suite 230** **Braintree, MA 02184** | | | | **Notice Only** |
| ACCT #: **Maria Dasilva** **c/o Jeffrey S. Baker** **Baker & Associates** **2 West Hill Place, #100** **Boston, MA 02114** | | DATE INCURRED: CONSIDERATION: **See remarks below** REMARKS: **Smith/Dasilva litigation** | | | | **$0.00** |
| **Representing:** **Maria Dasilva** | | Jeffrey S. Baker **Baker & Associates** **2 West Hill Place, #100** **Boston, MA 02114** | | | | **Notice Only** |
| ACCT #: **Mark G. Schroeder** **Briggs & Morgan, P.A.** **2200 IDS Center** **80 South Eight Street** **Minneapolis, MN 55402-2157** | | DATE INCURRED: **unk** CONSIDERATION: **Attorney for Meritage Mortgage Corp. & Resource E** REMARKS: **Hill vs. Bownes litigation** | | | | **Unknown** |

Sheet no. ____**12**____ of ____**22**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**   **$0.00**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Meritage Mortgage Corporation**                                    Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Martha Miller** <br> **4300 East Broadway** <br> **East St. Louis, IL 62207** | | DATE INCURRED: **unk** <br> CONSIDERATION: <br> **See remarks below** <br> REMARKS: <br> **Hill v. Bownes litigation** | | | | **Unknown** |
| ACCT #: <br> **Marvis Bownes** <br> **Inmate #06016-025** <br> **FMCDevens, Federal Medical Center** <br> **PO Box 879** <br> **Ayers, MA 01432** | | DATE INCURRED: **unk** <br> CONSIDERATION: <br> **See remarks below** <br> REMARKS: <br> **Hill vs. Bownes Litigation** | | | | **Unknown** |
| ACCT #: <br> **Matthew J. Fairless** <br> **Elizabeth M. Chostner** <br> **Hazelwood & Weber LLC** <br> **200 North Third Street** <br> **St. Charles, MO 63301** | | DATE INCURRED: **unk** <br> CONSIDERATION: <br> **Attorney for Wells Fargo Home Mortgage, Inc.** <br> REMARKS: <br> **Hill v. Bownes litigation** | | | | **Unknown** |
| ACCT #: <br> **Merrill Lynch Mortgage Lending Inc.** <br> **4 World Trade Center** <br> **New York, NY 10080** | | DATE INCURRED: <br> CONSIDERATION: <br> **See remarks below** <br> REMARKS: <br> **Merrill Lynch/Meritage litigation** | | | | **$0.00** |
| Representing: <br> **Merrill Lynch Mortgage Lending Inc.** | | **Daniel C. Malone, Esq.** <br> **Dechert LLP** <br> **30 Rockefeller Plaza** <br> **New York, NY 10112-2200** | | | | **Notice Only** |
| ACCT #: <br> **Metro East Title c/o** <br> **Robert G. Wuller** <br> **5 Park Plaza Professional Centre** <br> **PO Box 20070** <br> **Belleville, IL 62226-0070** | | DATE INCURRED: **unk** <br> CONSIDERATION: <br> **See remarks below** <br> REMARKS: <br> **Hill vs. Bownes litigation** | | | | **Unknown** |

Sheet no. ___**13**___ of ___**22**___ continuation sheets attached to                                 **Subtotal >**          **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Meritage Mortgage Corporation**                          Case No. _____

                                                                              (if known)


### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Michael Ferry**<br>**Gateway Legal Services, Inc.**<br>**200 North Broadway, Suite 950**<br>**St. Louis, MO 63102** | | DATE INCURRED:<br>CONSIDERATION:  **unk**<br>**See remarks below**<br>REMARKS:<br>**Hill v. Bownes litigation** | | | | **Unknown** |
| ACCT #:<br>**Mid City Mortgage LLC**<br>**15 Joanne Rd.**<br>**Stoughton, MA 02072** | | DATE INCURRED:<br>CONSIDERATION:<br>**See remarks below**<br>REMARKS:<br>**Smith/Dasilva litigation** | | | | **$0.00** |
| **Representing:**<br>**Mid City Mortgage LLC** | | **Amie R. Pelletier**<br>**Robinson & Cole, LLP**<br>**One Boston Place, Suite 2500**<br>**Boston, MA 02108** | | | | **Notice Only** |
| **Representing:**<br>**Mid City Mortgage LLC** | | **John R. Bauer**<br>**Robinson & Cole LLP**<br>**One Boston Place, 25th Fl.**<br>**Boston, MA 02108** | | | | **Notice Only** |
| **Representing:**<br>**Mid City Mortgage LLC** | | **Nancy M. Cremins**<br>**Robinson & Cole LLP**<br>**One Boston Place**<br>**Boston, MA 02108-4404** | | | | **Notice Only** |
| **Representing:**<br>**Mid City Mortgage LLC** | | **Peter J. Moser**<br>**Robinson & Cole LLC**<br>**One Boston Place**<br>**Boston, MA 02108** | | | | **Notice Only** |

Sheet no. ____**14**____ of ____**22**____ continuation sheets attached to                                **Subtotal >**            **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                          **Total >**
                                        **(Use only on last page of the completed Schedule F.)**
                                        **(Report also on Summary of Schedules and, if applicable, on the**
                                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Meritage Mortgage Corporation**                    Case No. _____

                                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **107037.00**<br>**Mildren Design Group**<br>**7650 SW Beveland St., #120**<br>**Tigard, OR 97223-8692** | | DATE INCURRED:    **unk**<br>CONSIDERATION:<br>**balance due on sub-lease**<br>REMARKS: | | | | **$69.76** |
| ACCT #:<br>**Mortgage Electronic Registration Systems**<br>**1595 Spring Hill Rd., #310**<br>**Vienna, VA 22182-2228** | | DATE INCURRED:<br>CONSIDERATION:<br>**See remarks below**<br>REMARKS:<br>**Darden litigation** | | | | **$0.00** |
| **Representing:**<br>**Mortgage Electronic Registration Systems** | | **Paul Michienzie, Esq.**<br>**Christopher J. DeCosta, Esq.**<br>**Michienzie & Sawin, LLC**<br>**745 Boylston Street**<br>**Boston, MA 02116** | | | | **Notice Only** |
| ACCT #:<br>**Mortgage Electronic Registration Systems**<br>**G4318 Miller Road**<br>**PO Box 2026**<br>**Flint, MI 48501-2026** | | DATE INCURRED:<br>CONSIDERATION:<br>**See remarks below**<br>REMARKS:<br>**Global Markets Realty Group v. Sokolousky litigation -**<br>**Pro Se 3rd party Defendant** | | | | **$0.00** |
| ACCT #:<br>**Mortgage Now, Inc.**<br>**c/o Evert Bice**<br>**Statutory Agent**<br>**1210 Lakeview Ave.**<br>**Saybrook, OH 44004** | | DATE INCURRED:<br>CONSIDERATION:<br>**See remarks below**<br>REMARKS:<br>**Global Markets Realty litigation** | | | | **$0.00** |
| **Representing:**<br>**Mortgage Now, Inc.** | | **Gary L. Lieberman, Esq.**<br>**30195 Chagrin Blvd., #300**<br>**Pepper Pike, OH 44124-5703** | | | | **Notice Only** |

Sheet no. ____**15**____ of ____**22**____ continuation sheets attached to          **Subtotal >**          **$69.76**

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                            **Total >**
                                                        **(Use only on last page of the completed Schedule F.)**
                                                        **(Report also on Summary of Schedules and, if applicable, on the**
                                                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Meritage Mortgage Corporation**                    Case No. _____

                                                                                                   (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **MERB002; RMBG005; REPU001**<br>**Mother Goose Balloons & Helium, Inc.**<br>**270 Route 9 North, Suite 100**<br>**Manalapan, NJ 07726** | | DATE INCURRED:  **9/25/2007**<br>CONSIDERATION:<br>**unk**<br>REMARKS:<br>**Inv. 79034R ($21.90); Inv. 79247R ($21.90); Inv. # 7939R ($21.90)** | | | | **$65.70** |
| ACCT #:<br>**New England Merchants Corp.**<br>**1173 Massachusetts Ave.**<br>**Arlington Heights, MA 02475-4239** | | DATE INCURRED:<br>CONSIDERATION:<br>**See remarks below**<br>REMARKS:<br>**Smith/Dasilva litigation and Darden litigation** | | | | **$0.00** |
| **Representing:**<br>**New England Merchants Corp.** | | **Michael J. Markoff, Esq.**<br>**184 Jones Road**<br>**PO Box 212**<br>**Falmouth, MA 02541-0212** | | | | **Notice Only** |
| ACCT #:<br>**New England Mortgage Corp.**<br>**1173 Massachusetts Ave.**<br>**Arlington Heights, MA 02476-4239** | | DATE INCURRED:<br>CONSIDERATION:<br>**See remarks below**<br>REMARKS:<br>**Darden litigation and Smith/Dasilva litigation** | | | | **$0.00** |
| ACCT #:  **Loan #044094597**<br>**New Vision Value Homes, Inc.**<br>**Attn: David Wethy, Registered Agent**<br>**304 Wilshire Ct.**<br>**Cedar Hill, TX 75104** | | DATE INCURRED:  **2005**<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Prop.: 4915 Oilfield Dr., Arlington, TX**<br>**Kineard litigation** | | | | **$0.00** |
| ACCT #:  **033335-00004**<br>**Nexsen Pruet Adams Kleemeier, LLC**<br>**PO Drawer 2426**<br>**Columbia, SC 29202** | | DATE INCURRED:  **9/26/2007**<br>CONSIDERATION:<br>**See remarks below**<br>REMARKS:<br>**Inv. 53219218  RE: Michael Mann** | | | | **$600.00** |

Sheet no. _____**16**_____ of _____**22**_____ continuation sheets attached to                    **Subtotal >**    |    **$665.70**

Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Meritage Mortgage Corporation**                     Case No. _____
                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Norwest Mortgage**<br>**c/o Matthew J. Fairless**<br>**Hazelwood & Weber LLC**<br>**200 North Third Street**<br>**St. Charles, MO 63301** | | DATE INCURRED:   **unk**<br>CONSIDERATION:<br>**See remarks below**<br>REMARKS:<br>**Hill v. Bownes litigation** | | | | **Unknown** |
| ACCT #:  **12524**<br>**Pacific Cascade Towncar Service**<br>**125 SE Clay Street**<br>**Portland, OR 97214** | | DATE INCURRED:   **12/31/2008**<br>CONSIDERATION:<br>**unk**<br>REMARKS:<br>**Inv. #125240812** | | | | **$137.50** |
| ACCT #:<br>**Pitney Bowes Bank dba Purchase Power**<br>**PO Box 856042**<br>**Louisville, KY 40285-6042** | | DATE INCURRED:   **unk**<br>CONSIDERATION:<br>**See remarks below**<br>REMARKS:<br>**Account Nos.: 8000-9000-0837-4567; 8000-9000-0788-1281; 8000-9000-0278-5214; 8000-9000-0585-1997** | | | | **$1,983.26** |
| ACCT #:  **3735511-005**<br>**Pitney Bowes Credit Corp.**<br>**c/o Caine & Weiner**<br>**PO Box 5010**<br>**Woodland Hills, CA 91365-5010** | | DATE INCURRED:   **12/24/2007**<br>CONSIDERATION:<br>**unk**<br>REMARKS:<br>**for Pitney Bowes; Invoice re: 3191395** | | | | **$19,063.83** |
| ACCT #:  **3735511-005**<br>**Pitney Bowes Credit Corp.**<br>**c/o Dyne, Friedland & Omrani**<br>**PO Box 827**<br>**Woodland Hills, CA 91365** | | DATE INCURRED:   **3/6/2008**<br>CONSIDERATION:<br>**See Remarks below**<br>REMARKS:<br>**for Pitney Bowes Credit Corp.** | | | | **$6,415.32** |
| ACCT #:  **102561 (Inv. #153549)**<br>**Prince, Lobel, Glovsky & Tye, LLP**<br>**100 Cambridge St., Suite 2200**<br>**Boston, MA 02114** | | DATE INCURRED:   **8/7/2007**<br>CONSIDERATION:<br>**See remarks below**<br>REMARKS:<br>**Re:  Darden litigation**<br>**Account 102561** | | | | **$1,659.00** |

Sheet no. ____17_____ of _____22_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**          $29,258.91

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Meritage Mortgage Corporation**                                    Case No. _____
                                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Rachel Noyes**<br>**850 S.W. Lighthouse Drive**<br>**Palm City, FL 34990-4507** | | DATE INCURRED:<br>CONSIDERATION:<br>**See remarks below**<br>REMARKS:<br>**Darden litigation** | | | | **$0.00** |
| ACCT #:  **3820 12-0570334**<br>**Republic Services**<br>**770 E. Sahara Ave.**<br>**PO Box 98508**<br>**Las Vegas, NV 89193-8508** | | DATE INCURRED:  **12/1/2007**<br>CONSIDERATION:<br>**recycling service**<br>REMARKS: | | | | **$66.48** |
| ACCT #:<br>**Resource BancShares**<br>**c/o Roger Heidenrich**<br>**Sonnenschien, Nath & Rosenthal**<br>**One Metropolitan Square, #3000**<br>**St. Louis, MO 63102** | | DATE INCURRED:  **unk**<br>CONSIDERATION:<br>**See remarks below**<br>REMARKS:<br>**Hill vs. Bownes litigation** | | | | **Unknown** |
| ACCT #:<br>**RKelley-Law, P.C.**<br>**Braintree Hill Office Park**<br>**1 Rockdale St., Suite 200**<br>**Braintree, MA 02184** | | DATE INCURRED:<br>CONSIDERATION:<br>**See remarks below**<br>REMARKS:<br>**Smith litigation** | | | | **$0.00** |
| **Representing:**<br>**RKelley-Law, P.C.** | | **James F. McLaughlin**<br>**McLaughlin, McLaughlin & McLaughlin**<br>**1135 North Main Street**<br>**Brockton, MA 02301** | | | | **Notice Only** |
| ACCT #:<br>**Robert E. Kelley**<br>**Braintree Hill Office Park**<br>**1 Rockdale St., Suite 200**<br>**Braintree, MA 02184** | | DATE INCURRED:<br>CONSIDERATION:<br>**See remarks below**<br>REMARKS:<br>**Smith/Dasilva litigation** | | | | **$0.00** |

Sheet no. _____**18**_____ of _____**22**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  |  |
|---|---|
| **Subtotal >** | **$66.48** |
| **Total >**<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the<br>Statistical Summary of Certain Liabilities and Related Data.) | |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Meritage Mortgage Corporation**                    Case No. _____
                                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| **Representing: Robert E. Kelley** | | **James F. McLaughlin McLaughlin, McLaughlin & McLaughlin 1135 North Main Street Brockton, MA 02301** | | | | **Notice Only** |
| ACCT #: **Robert G. Wuller Neville, Richards & Wuller 5 Park Place Professional Centre PO Box 20070 Belleville, IL 62226-0070** | | DATE INCURRED: **unk** CONSIDERATION: **Attorney for Metro East Title** REMARKS: **Hill v. Bownes litigation** | | | | **Unknown** |
| ACCT #: **Robert Smith c/o Jonathan D. Plaut One State Street, 12th Floor Boston, MA 02108** | | DATE INCURRED: CONSIDERATION: **See remarks below** REMARKS: **Smith/Dasilva litigation** | | | | **$0.00** |
| **Representing: Robert Smith** | | **Jonathan D. Plaut Chardon Law Offices One State Street, 12th Floor Boston, MA 02108** | | | | **Notice Only** |
| ACCT #: **Roberta Robinson 26 Bradlee Street Dorchester Center, MA 02124-1106** | | DATE INCURRED: CONSIDERATION: **See remarks below** REMARKS: **Darden litigation** | | | | **$0.00** |
| ACCT #: **Roger E. Gottlieb Andrew LeMar Dykema Gossett, PLLC 10 S. Wacker Dr., Suite 2300 Chicago, IL 60606** | | DATE INCURRED: **unk** CONSIDERATION: **Attorney for Bank One** REMARKS: **Hill vs. Bownes litigation** | | | | **Unknown** |

Sheet no. ____**19**____ of ____**22**____ continuation sheets attached to                    **Subtotal >** | **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Meritage Mortgage Corporation**                    Case No. _____
                                                                                         (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Roger Heidenrich**<br>**Sonnenschien, Nath & Rosenthal**<br>**One Metropolitan Square, #3000**<br>**St. Louis, MO 63102** | | DATE INCURRED:  **unk**<br>CONSIDERATION:<br>**Attorney for Resource BancShares**<br>REMARKS:<br>**Hill v. Bownes litigation** | | | | **Unknown** |
| ACCT #:<br>**Saxon Capital Inc.**<br>**4708 Mercantile Drive North**<br>**Fort Worth, TX 76137** | | DATE INCURRED:  **4/17/2008**<br>CONSIDERATION:<br>**unk**<br>REMARKS: | | | | **$1,837.53** |
| ACCT #:<br>**Steven V. Stenger**<br>**Klar, Izsak & Stenger, LLC**<br>**1505 South Big Bend Blvd.**<br>**St. Louis, MO 63117** | | DATE INCURRED:  **unk**<br>CONSIDERATION:<br>**Attorney for Enterprise Mortgage**<br>REMARKS:<br>**Hill v. Bownes litigation** | | | | **Unknown** |
| ACCT #:<br>**Sylvia Neumann**<br>**Pierce & Associates, P.C.**<br>**1 North Dearborn, #1300**<br>**Chicago, IL 60602** | | DATE INCURRED:  **unk**<br>CONSIDERATION:<br>**See remarks below**<br>REMARKS:<br>**Hill vs. Bownes litigation** | | | | **Unknown** |
| ACCT #:<br>**Thomas N. Palermo**<br>**Asst. U.S. Attorney**<br>**400 N. Tampa St., #3200**<br>**Tampa, FL 33602** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **2000264306**<br>**Ticor Title Insurance**<br>**10135 SE Sunnyside Road, Suite 200**<br>**Clackamas, OR 97015** | | DATE INCURRED:  **12/9/2007**<br>CONSIDERATION:<br>**unk**<br>REMARKS:<br>**Inv. #857917-1** | | | | **$85.00** |

Sheet no. ____**20**____ of ____**22**____ continuation sheets attached to                                      **Subtotal >** | **$1,922.53**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                      **Total >**
                                                        **(Use only on last page of the completed Schedule F.)**
                                                        **(Report also on Summary of Schedules and, if applicable, on the**
                                                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Meritage Mortgage Corporation**                         Case No. _____
                                                                              (if known)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Trident Title Agency, Inc.**<br>**c/o Steven P. Connolly**<br>**Statutory Agent**<br>**1000 S. Cleveland-Massillon Rd., #12**<br>**Fairlawn, OH 44333** | | DATE INCURRED:<br>CONSIDERATION:<br>**See remarks below**<br>REMARKS:<br>**Global Markets Realty Corp. litigation** | | | | **$0.00** |
| **Representing:**<br>**Trident Title Agency, Inc.** | | **Robert Holman, Esq.**<br>**McDonald, Frank, ET AL**<br>**PO Box 46390**<br>**Cleveland, OH 44146** | | | | **Notice Only** |
| ACCT #:  **0440945897**<br>**Trophenia Kineard**<br>**c/o Derrick J. Hahn & Corey R. Herrick**<br>**Hahn Law Firm, P.C.**<br>**900 Jackson Street, #180**<br>**Dallas, TX 75202** | | DATE INCURRED:  **2005**<br>CONSIDERATION:<br>**Purchase Money - rescission claim**<br>REMARKS:<br>**Prop.: 4915 Oilfield Dr., Arlington, TX;**<br>**Kineard litigation** | | | | **$225,300.00** |
| **Representing:**<br>**Trophenia Kineard** | | **Corey R. Herrick**<br>**Hahn Law Firm, P.C.**<br>**900 Jackson St., Suite 180**<br>**Dallas, TX 75202** | | | | **Notice Only** |
| **Representing:**<br>**Trophenia Kineard** | | **Derrick J. Hahn**<br>**Hahn Law Firm, P.C.**<br>**900 Jackson St., #180**<br>**Dallas, TX 75202** | | | | **Notice Only** |
| ACCT #:<br>**Union Capital Mortgage Business Trust**<br>**45 Braintree Hill Park, #400**<br>**Braintree, MA 02184** | | DATE INCURRED:<br>CONSIDERATION:<br>**See remarks below**<br>REMARKS:<br>**Smith/DaSilva litigation** | | | | **$0.00** |

Sheet no. ____**21**____ of ____**22**____ continuation sheets attached to                                      **Subtotal >** | **$225,300.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Meritage Mortgage Corporation**                         Case No. _____

                                                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| **Representing: Union Capital Mortgage Business Trust** | | Anthony R. Brighton Martin, Magnuson, ET AL 101 Merrimac St. Boston, MA 02114-4716 | | | | **Notice Only** |
| **Representing: Union Capital Mortgage Business Trust** | | Douglas A. Robertson Martin, Magnuson, ET AL 101 Merrimac St. Boston, MA 02114-4716 | | | | **Notice Only** |
| ACCT #:  **065-4369947-2216-9** **Waste Management of Alamedia County 2421 W. Peoria Ave., Sutie 210 Phoenix, AZ 85029** | | DATE INCURRED:  **12/4/2007** CONSIDERATION: **unk** REMARKS: **Inv. #0000000-2216-0** | | | | **$155.04** |
| ACCT #: **Wells Fargo Home Mortgage, Inc. c/o Matthew Fairless Hazelwood & Weber LLC 200 North Third Street St. Charles, MO 63301** | | DATE INCURRED:  **unk** CONSIDERATION: **See remarks below** REMARKS: **Hill v. Bownes litigation** | | | | **Unknown** |
| ACCT #: **1020150171** **Wisconsin Dept. of Revenue PO Box 930208 Milwaukee, WI 53293-0208** | | DATE INCURRED:  **4/7/2008** CONSIDERATION: **unk** REMARKS: **Inv. #LO623580288** | | | | **$65.00** |
| | | | | | | |

Sheet no. _____**22**_____ of _____**22**_____ continuation sheets attached to      **Subtotal >**              **$220.04**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                **Total >**       **$14,421,467.87**
                                                                        **(Use only on last page of the completed Schedule F.)**
                                                                        **(Report also on Summary of Schedules and, if applicable, on the**
                                                                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re  **Meritage Mortgage Corporation**                    Case No. _____

                                                                      (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Deutsche Bank National Trust Co.**<br>1761 East St. Andrews Place<br>Santa Ana, CA 92705-4934 | Chase requesting the repurchase of a loan from pool ; Acct. #1000241481/22301972; Inv. Re: Arternio Rodriguez |
| **Deutsche Bank National Trust Co.**<br>1761 East St. ANdrews Place<br>Santa Ana, CA 92705-4934 | HomEq Servicing Corp. requesting the repurchase of loan; acct. Nos. 323066027/1000197633; and 323066035/1000197635;  Invoice No. Re: Frances Darden |
| **Deutsche Bank National Trust Co.**<br>1761 East St. Andrews Place<br>Santa Ana, CA 92705-4934 | HomEq Servicing Corp. requesting the repurchase of loan; acct #1000235114/324374677; Invoice No. Re: Bernard J. Gamler |
| **Deutsche Bank National Trust Co.**<br>1761 East St. Andrews Place<br>Santa Ana, CA 92705-4934 | Chase Home Finance requesting repurchase of loan; Account No. 22391262/1000243082;  Inv. No. Re: Ronald Rehagen |
| **Merrill Lynch Mortgage Lending Inc.**<br>4 World Trade Center<br>New York, NY 10080 | Merrill Lynch requesting repurchase of loans |

B6H (Official Form 6H) (12/07)

In re  **Meritage Mortgage Corporation**                          Case No. _____
                                                                              (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

In re  **Meritage Mortgage Corporation**                                      Case No.

Chapter        **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 4 | $80,136.81 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $1,415.35 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 23 | | $14,421,467.87 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 33 | $80,136.81 | $14,422,883.22 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Meritage Mortgage Corporation**                                     Case No. _____

                                                                                                                   (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ ***President*** _____ of the _____ **Corporation** _____

named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of

_____ **35** _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date  **02/17/2009** _____           Signature  **/s/ Philip B. Sims** _____

                                                                                        ***Philip B. Sims***
                                                                                        ***President***

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

___

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

In re:  **Meritage Mortgage Corporation**                                         Case No. _____

                                                                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

None

☐

### 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | 2009: $0 |
| | 2008: $60,950.53 |
| | 2007: $24,117.97 |

---

None

☑

### 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None

### 3. Payments to creditors

***Complete a. or b., as appropriate, and c.***

☑

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None

☑

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None

☑

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None

☐

### 4. Suits and administrative proceedings, executions, garnishments and attachments

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Frances Darden, Plaintiff vs. Rachel Noyes, New England Merchants Corp., Champagne Associates Real Estate, Roberta Robinson, Fremont Investment and Loan, Meritage** | **Rescission of mortgage loan and lender liability issues.** | **Commonwealth of Massachusetts County of Suffolk Superior Court** | **Pending** |

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

In re:   **Meritage Mortgage Corporation**                                    Case No. _____

                                                                                                        (if known)

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 1*

| | | | |
|---|---|---|---|
| **Mortgage Corp., GMAC d/b/a Ditech Com, Homeq, Inc., Mortgage Electronic Registration Systems, Inc. and John Does 1-10, Defendants; Civil Docket No. SUCV2007-01909-D** | | | |
| **Cecely Chapman, Plaintiff vs. Homecomings Financial Services, LLC, ET AL Civil Action No. 07-4553 (TON)** | **Rescission of mortgage loan and compensatory and punitive damages for alleged unfair and deceptive acts for alleged predatory lending in violation of various statutes.** | **United States District Court Eastern District of Pennsylvania** | **Pending** |
| **Merrill Lynch Mortgage Lending, Inc., Plaintiff vs. Meritage Mortgage Corporation, Defendant Index No. 650103/2007** | **Breach of contract, specific performance for cure or repurchase obligations, money damages, indemnification for legal fees and costs** | **Supreme Court of the State of New York County of New York** | **Pending** |
| **Robert Smith and Maria DaSilva, Plaintiffs vs. Dwight Jenkins, Cherry Jenkins, Dorea Smith, Robert E. Kelley, RKelley-Law, PC, Louis G. Bertucci, EB Real Estate Group, Inc., Dorchester Real Estate, Inc., New England Merchants Corp., Union Capital Mortgage Business Trust, Mid City Mortgage, LLC, Fremont Investment & Loan and Meritage Mortgage Corporation, Defendants Civil Action No. 1:07-12067-RSG** | **Plaintiffs allege fraud and violations of TILA, state lending and disclosure statute, state consumer protection statute, and breach of contract in connection with mortgage loan origination, arising from conduct of defendant mortgage brokers. Meritage was the lender. Equitable and monetary damages in an unstated amount. Meritage cross-claims against co-defendant, Union Capital Mortgage Business Trust, for indemnification.  Co-defendant, Union Capital Mortgage Business Trust,** | **United States District Court For the District of Massachusetts** | **Pending** |

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

In re:  **Meritage Mortgage Corporation**                                    Case No. _____

(if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

|  |  |  |  |
|---|---|---|---|
|  | cross-claims for indemnification by Meritage. |  |  |
| **City of Chicago vs. Janine Swanagan & Meritage Mortgage Corporation Case No. 06-M1-400998** | **Code violations on vacant 3-plex property** | **Circuit Court of Cook County, Illinios** | **Pending** |
| **Global Markets Realty Corp. vs. David Sokolousky ET AL Cause No. 2007 CV 01247** | **FORECLOSURES** | **Stark County Common Pleas Courts Stark County Ohio** | **Pending** |
| **Trophenia Kineard, Plaintiff vs. Meritage Mortgage Corporation, Inc., David Wethy and New Vision Value Homes, Inc.; Case No. 09-01025** | **Rescission of Note** | **G-134th Judicial District Court of Dallas County, Texas** | **Pending** |
| **Ethel Hill v. Marvis Bownes, Martha Miller, Peach & Pep Construction Co., Inc., Enterprises Mortgage, Ed Dahlhoff, Metro East Title Corp., Meritage Mortgage Corp., Resource Bancshares Mortgage Group, Inc. and Bank One, National Association, as Trustee;  Case No. 01-L-796** | **Plaintiff asserts various causes of action against Meritage concerning Plaintiff's refinancing loan transaction re: 619 North 23rd St., East St. Louis, Illinois property.** | **Circuit Court for the Twentieth Judicial Circuit, St. Clair County, Illinois** | **Settlement reached and documents are being circulated for execution of Settlement and Release Agreement.** |

None ☑ b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5. Repossessions, foreclosures and returns
None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 6. Assignments and receiverships
None ☑ a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (12/07) - Cont.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

In re: **Meritage Mortgage Corporation**　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

### 7. Gifts

None ☑ List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Elizabeth G. Smith**<br>**Law Offices of Elizabeth G. Smith**<br>**6655 First Park Ten, Suite 250**<br>**San Antonio, TX 78213** | **2/5/2009** | **$10,299.00 ($10,000 legal fees plus $299 court fees for bankruptcy filing)** |

---

### 10. Other transfers

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑ b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

### 11. Closed financial accounts

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 12. Safe deposit boxes

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (12/07) - Cont.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

In re:   **Meritage Mortgage Corporation**                    Case No. _____

                                                                                                (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

None
☑

### 13. Setoffs
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

### 14. Property held for another person
List all property owned by another person that the debtor holds or controls.

---

None
☐

### 15. Prior address of debtor
If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---------|-----------|--------------------|
| **c/o 1601 Bryan Street, 36th Floor, Dallas, TX 75201;**<br>**9300 SW Bemini Dr., #100, Beaverton, OR 97008;**<br>**2377 E. Skokie, Eagle, ID 83616;**<br>**21 E. State St., Columbus, OH 43215;**<br>**9116 Center St., Manassas, VA 20110;**<br>**5665 Meadow Road, Lake Oswego, OR 97035;**<br>**4901 Belfort Rd., #160, Jacksonville, MC 32256;**<br>**9710 Two Notch Road, Columbia, SC 29223;**<br>**515 S. Kansas Ave., Topeka, KS 66603** | **Meritage Mortgage Corporation** | **Dec. 2007 to present at 1601 Bryan Street, 36th Floor, Dallas, TX 75201;**<br><br>**Dates of occupancy for all other address listed herein are UNKNOWN.** |

---

None
☑

### 16. Spouses and Former Spouses
If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

### 17. Environmental Information
For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None
☑

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

In re:  **Meritage Mortgage Corporation**                                    Case No. _____

                                                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

None   b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.
☑      Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None   c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is
☑      or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

None   **18. Nature, location and name of business**
☑      a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending
       dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership,
       sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the
       commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately
       preceding the commencement of this case.

       If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending
       dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years
       immediately preceding the commencement of this case.

       If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending
       dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years
       immediately preceding the commencement of this case.

---

None   b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
☑

---

       The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been,
       within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of
       more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or
       self-employed in a trade, profession, or other activity, either full- or part-time.

       (An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within
       six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go
       directly to the signature page.)

---

None   **19. Books, records and financial statements**
☐      a.  List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the
       keeping of books of account and records of the debtor.

       **NAME AND ADDRESS**                                    **DATES SERVICES RENDERED**
       **FDIC as Receiver for NetBank, FSB**                   **2008-2009**
       **of Alpharetta, Georgia**
       **1601 Bryan Street, 36th Floor**
       **Dallas, TX 75201**

                                                               **2009**

       **Meritage Mortgage Corporation**
       **c/o Stephen W. Brown**
       **Crown NorthCorp., Inc.**
       **1251 Dublin Road**
       **Columbus, OH 43215**

B7 (Official Form 7) (12/07) - Cont.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

In re:   **Meritage Mortgage Corporation**                              Case No. _____

                                                                                          (if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

---

None
☑

b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **FDIC as Receiver for NetBank, FSB** | |
| **of Alpharetta, Georgia** | |
| **1601 Bryan Street, 36th Floor** | |
| **Dallas, TX 75201** | |
| | |
| **Meritage Mortgage Corporation** | |
| **c/o Stephen W. Brown** | |
| **Crown NorthCorp., Inc.** | |
| **1251 Dublin Road** | |
| **Columbus, OH 43215** | |

---

None
☑

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

---

## 20. Inventories

None
☑

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None
☑

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

## 21. Current Partners, Officers, Directors and Shareholders

None
☑

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None
☐

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Philip B. Sims** | **Chairman & President** | **0** |
| **Johnnie E. Wells** | **Vice-President** | **0** |
| **Alan Strom** | **Vice-President** | **0** |
| **Wayne Green** | **Vice-President & Asst.** | **0** |
| **\* Addresses for the above parties:** | **Treasurer** | |
| **c/o Meritage Mortgage Corporation** | | |
| **c/o FDIC as Receiver for NetBank, FSB** | | |
| **of Alpharetta, Georgia** | | |
| **1601 Bryan Street, 36th Floor** | | |
| **Dallas, TX 75201** | | |

B7 (Official Form 7) (12/07) - Cont.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

In re:  **Meritage Mortgage Corporation**                                      Case No. _____

                                                                                            (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 7*

| | | |
|---|---|---|
| **Robyn C. Stern** | **Vice-President** | **0** |
| **Ricky L. Lewis** | **Treasurer** | **0** |
| **Stephen W. Brown** | **Secretary** | **0** |

**Addresses for the above parties:**
**Crown NorthCorp., Inc.**
**1251 Dublin Road**
**Columbus, OH 43215**

**FDIC as Receiver for NetBank, FSB of Alpharetta,**                          **100% shareholder**
**GA**
**1601 Bryan Street, 36th Floor**
**Dallas, TX 75201**

---

**22. Former partners, officers, directors and shareholders**

None
☒  a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None
☐  b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

**NAME, ADDRESS AND TITLE**                          **DATE OF TERMINATION**
**Deborah M. DeChelfin, Assistant Secretary**        **1/22/2009**
**Meritage Mortgage Corporation**
**c/o Crown NorthCorp., Inc.**
**1251 Dublin Road**
**Columbus, OH 43215**

---

**23. Withdrawals from a partnership or distributions by a corporation**

None
☒  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

**24. Tax Consolidation Group**

None
☐  If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

**NAME OF PARENT CORPORATION**                       **TAXPAYER-IDENTIFICATION NUMBER (EIN)**
**FDIC as Receiver for NetBank, FSB of Alpharetta,**  **58-1725352**
**Georgia**

---

**25. Pension Funds**

None
☒  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

In re:  **Meritage Mortgage Corporation**                              Case No.  _____
                                                                                  (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 8*

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **02/17/2009**_____           Signature  **/s/ Philip B. Sims**_____
                                                            **Philip B. Sims**
                                                            **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:   **Meritage Mortgage Corporation**                                    CASE NO

                                                                              CHAPTER   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---:|
| For legal services, I have agreed to accept: | **$10,299.00** |
| Prior to the filing of this statement I have received: | **$10,299.00** |
| Balance Due: | **$0.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor                    ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor                    ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **Fee does not include Adversary work in excess of $10,000.00**

---

CERTIFICATION
I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **02/17/2009** | **/s/ Elizabeth G Smith** |
| *Date* | *Elizabeth G Smith*                           Bar No.  18577200 |
| | Law Offices of Elizabeth G Smith |
| | 6655 First Park Ten |
| | Suite 250 |
| | San Antonio, TX 78213 |
| | Phone: (210) 731-9177 / Fax: (210) 731-9130 |
| | beth@egsmithlaw.com |

---

  **/s/ Philip B. Sims**
_____

*Philip B. Sims*
*President*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:   **Meritage Mortgage Corporation**                    CASE NO

                                                          CHAPTER    **7**

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (only one option may be selected per form):

(X)   is the first mail matrix in this case.

(  )   adds entities not listed on previously filed mailing list(s).

(  )   changes or corrects name(s) and address(es) on previously filed mailing list(s).

(  )   deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.


Date  02/17/2009 _____         Signature   **/s/ Philip B. Sims** _____
                                                     **Philip B. Sims**
                                                     **President**


Date _____         Signature _____


                                          **/s/ Elizabeth G Smith** _____
                                         **Elizabeth G Smith**
                                         **18577200**
                                         **Law Offices of Elizabeth G Smith**
                                         **6655 First Park Ten**
                                         **Suite 250**
                                         **San Antonio, TX 78213**
                                         **(210) 731-9177**

A&D Appraisal Services, Inc.
c/o Daniel E. Rogan
Statutory Agent
5651 Newton Falls Rd
Ravenna, OH 44266

America's Servicing Company
c/o Statutory Agent
P. Ronald Sabatino
3895 Stoneridge Lane
Dublin, OH 43017

Amie R. Pelletier
Robinson & Cole, LLP
One Boston Place, Suite 2500
Boston, MA 02108

Andrew J. Dorman
Kevin J. Shebesta
Janik & Dorman, LLP
9200 South Hills Blvd., #300
Cleveland, OH 44147-3521

Ann L. Wehener
Brennan, Manna & Diamond LLC
75 East Market St.
Akron, OH 44308

Ann P. Goodman
McCullough, Campbell & Lane, LLP
205 N. Michigan Ave., Suite 4100
Chicago, IL 60601

Anthony R. Brighton
Martin, Magnuson, ET AL
101 Merrimac St.
Boston, MA 02114-4716

B. Bradley & Associates, Inc.
dba Bradley Financial Group
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Bank One c/o
John L. Gilbert
Hinshaw & Culbertson LLP
156 North Main St., Suite 206
Edwardsville, IL 62025

Bank One c/o
Larry E. Hepler & Troy A. Bozarth
103 West Vandalia, Suite 300
PO Box 510
Edwardsville, IL 62025

Bashir Bradley
dba Bradley Financial Group
2711 Centerville Road, #400
Wilmington, DE 19808

Bizeats Inc.
8095 SW Nimbus Dr.
Beaverton, OR 97008

Blue Bird Transfer, Inc.
7555 SW Tech Center Drive
Portland, OR 97223

Brian M. Fleisher
Fleischer Fleischer & Suglia
1800 John F. Kennedy Blvd., 20th Fl.
Philadelphia, PA 19103

Briggs & Morgan PA
2200 First National Bank Bldg.
St. Paul, MN 55101

Bryan Skelton
Reed, Armstrong, ET AL
115 North Buchanan
PO Box 368
Edwardsville, IL  62026

Cecely Chapman
c/o 533 S. 2nd Street
Colwyn, PA 19022

Champagne Associates Real Estate
c/o Opulent Realty, Inc.
358A Centre Street
Jamaica Plain, MA 02130-1208

Cherry Jenkins
c/o Geoffrey A. Domenico
Piscitelli Domenico & Murphy, LLP
171 Washington Street
North Easton, MA 02356

Christopher J. Fein
Fein Law Office
186 Forbes Rd., Suite 230
Braintree, MA 02184

City & County of Denver
Community Planning & Dev.
201 W. Colfax Ave., Dept. 205
Denver, CO 80202

City of Chicago
c/o Maria Azloz-Zas
City of Chicago-Dept. of Law, Rm 700
30 North LaSalle Street
Chicago, IL 60602

City of Chicago
c/o Wexler & Wexler
500 W. Madison St., Suite 2910
Chicago, IL 60661-2587

City of Philadelphia
Dept. of Revenue
PO Box 1678
Phiadelphia, PA 19105-1678

Colorado Dept. of Labor & Employment
PO Box 956
Denver, CO 80201-0956

Commercial Contractors Inc.
1265 S. 35th Place
Ridgefield, WA 98642

Corey R. Herrick
Hahn Law Firm, P.C.
900 Jackson St., Suite 180
Dallas, TX 75202

Cynthia Fischer
Lerner, Sampson & Rothfuss
120 E. Fourth St., Suite 800
Cincinnati, OH 45201-5480


Daniel A. Leonardo
Bulkley Richardson & Gelinas LLP
98 North Washington St., #500
PO Box 6329
Boston, MA 02114-0016

Daniel C. Malone, Esq.
Dechert LLP
30 Rockefeller Plaza
New York, NY 10112-2200


David & Sandra Sokolousky
1237 Roslyn St., SW
Canton, OH 44710


David M. Rosen, Esq.
Harmon Law Offices
PO Box 610389
Newton Highlands, MA 02461-0389


David Wethy
2360 Mystic Shore Dr.
Cedar Hill, TX 75104


Dean J. Wagner, Esq.
Shechtman Halperin Savage, LLP
1080 Main St.
Pawtucket, RI 02860


Dept. of Revenue
Administrative Hearings
City Hall, Room 107A
121 N. LaSalle St.
Chicago, IL 60602

Derrick J. Hahn
Hahn Law Firm, P.C.
900 Jackson St., #180
Dallas, TX 75202

Deutsche Bank National Trust Co.
1761 East St. Andrews Place
Santa Ana, CA 92705-4934


Donn A. Randall
Bulkley Richardson & Gelinas LLP
98 North Washington St., #500
PO Box 6329
Boston, MA 02114-0016

Dorchester Real Estate, Inc.
1544 Dorchester Ave.
Dorchester, MA 02122-1319


Dorea Smith
c/o Geoffrey A. Domenico
171 Washington St.
North Easton, MA 02356


Douglas A. Robertson
Martin, Magnuson, ET AL
101 Merrimac St.
Boston, MA 02114-4716


Dwight Jenkins
50 Stacy Street
Randolph, MA 02368-1939


EB Real Estate Group, Inc.
1532 Dorchester Ave.
Dorchester, MA 02122-1319


Ethel Hill c/o Susan M. Simone
Staff Attorney Land of Lincoln
Legal Assistance Foundation, Inc.
8787 State Street, Suite 101
East St. Louis, IL 62203

Federal Deposit Insurance Corp.
As Receiver for NetBank
1601 Bryan Street, 36th Floor
Dallas, TX 75201

First American Title Company
PO Box 3432
Idaho Falls, ID 83404


First American Title Ins. Co. of Oregon
222 SW Columbia St., 4th Fl.
Portland, OR 97201-6642


Frances J. Darden
374 Harvard Street
Dorchester, MA 02124-2714


Freemont Investment & Loan nka
Freemont Reorganization Corporation
5404 Cypress Center Dr., #300
Tampa, FL 33609-1044


Fremont Investment & Loan
2727 E. Imperial Hwy.
Brea, CA 92821-6713


Gary L. Lieberman, Esq.
30195 Chagrin Blvd., #300
Pepper Pike, OH 44124-5703


Geoffrey A. Domenico
Piscitelli, Domenico & Murphy, LLP
171 Washington St.
North Easton, MA 02356


Global Markets Realty Corp.
c/o Wells Fargo Bank, N.A.S.C.
3476 Stateview Blvd.
Fort Mill, SC 29715-7801


GMAC dba DiTech.com
100 Witmer Rd.
Horsham, PA 19044-2251

Greater Cincinnati Water Works
4747 Spring Grove Ave.
Cincinnati, OH 45232-1986


Homecomings Financial Services, LLC
3451 Hammond Ave.
Waterloo, IA 50702


HomEq, Inc. aka HomeEq Servicing
4837 Watt Ave.
North Highlands, CA 95660-5108


Integrated Filing Systems
PO Box 8550
La Verne, CA 91750


Iron Mountain
PO Box 601002
Los Angeles, CA 90060-1002


Iron Mountain
PO Box 27128
New York, NY 10087-7128


J. Patrick Kennedy
Bulkley Richardson & Gelnias LLP
98 North Washington St., #500
PO Box 6329
Boston, MA 02114-0016

James F. McLaughlin
McLaughlin, McLaughlin & McLaughlin
1135 North Main Street
Brockton, MA 02301


Jay S. Gregory
LeClair Ryan, PC
Two International Place
Boston, MA 02210

Jeffrey Lubsch & New Millennium Mortgage
9775 Grandview Dr.
St. Louis, MO 63123


Jeffrey S. Baker
Baker & Associates
2 West Hill Place, #100
Boston, MA 02114


Joel D. Hillygus
Murphy & Riley PC
141 Tremont St.
Boston, MA 02111


John J. Amman
St. Louis University Law Clinic
321 North Spring
St. Louis, MO 63108


John L. Gilbert
Hinshaw & Culbertson LLP
156 North Main St., Suite 206
Edwardsville, IL 62025


John R. Bauer
Robinson & Cole LLP
One Boston Place, 25th Fl.
Boston, MA 02108


Jonathan D. Plaut
Chardon Law Offices
One State Street, 12th Floor
Boston, MA 02108


Joseph A. King
Murphy & Riley PC
141 Tremont St.
Boston, MA 02111


LaMarco Bownes
Peach & Pep Construction Co.
MLM Works
c/o 2209 Larbrook Dr.
Florissant, MO 63031-2817

Larry E. Hepler & Troy A. Bozarth
Hepler, Broom, MacDonald, ET AL
103 West Vandalia, Suite 300
PO Box 510
Edwardsville, IL 62025

LaSalle Bank Corp. dba LaSalle Bank, N.A
135 S. LaSalle Street
Chicago, IL 60603

Law Offices of Elizabeth G Smith
6655 First Park Ten
Suite 250
San Antonio, TX 78213

Louis G. Bertucci
1245 Hancock St., Suite 2
Quincy, MA 02169-4320

Maria Biron, Esq.
Lerner Sampson Rothfuss
PO Box 5480
Cincinnati, OH 45201-5480

Maria Dasilva
c/o Jeffrey S. Baker
Baker & Associates
2 West Hill Place, #100
Boston, MA 02114

Mark C. Willis, Esq.
Todd L. Willis, Esq.
Willis & Willis
670 West Market St.
Akron, OH 44303-1414

Mark G. Schroeder
Briggs & Morgan, P.A.
2200 IDS Center
80 South Eight Street
Minneapolis, MN 55402-2157

Martha Miller
4300 East Broadway
East St. Louis, IL 62207

Marvis Bownes
Inmate #06016-025
FMCDevens, Federal Medical Center
PO Box 879
Ayers, MA 01432

Mary Alys Azzarito
Murphy & Riley
141 Tremont St.
Boston, MA 02111


Matthew B. Weisberg
Prochniak & Weisberg PC
7 S. Morton Ave.
Morton, PA 10070


Matthew J. Fairless
Elizabeth M. Chostner
Hazelwood & Weber LLC
200 North Third Street
St. Charles, MO 63301

Max Weinstin, Esq.
Legal Services Center
122 Boylston St.
Jamaica Plain, MA 02130


Meritage Mortgage Corporation
c/o 1601 Bryan Street, Suite 19034
DALLAS, TX 75201



Merrill Lynch Mortgage Lending Inc.
4 World Trade Center
New York, NY 10080



Metro East Title c/o
Robert G. Wuller
5 Park Plaza Professional Centre
PO Box 20070
Belleville, IL 62226-0070

Michael Ferry
Gateway Legal Services, Inc.
200 North Broadway, Suite 950
St. Louis, MO 63102

Michael J. Markoff, Esq.
184 Jones Road
PO Box 212
Falmouth, MA 02541-0212


Mid City Mortgage LLC
15 Joanne Rd.
Stoughton, MA 02072


Mildren Design Group
7650 SW Beveland St., #120
Tigard, OR 97223-8692


Mortgage Electronic Registration Systems
1595 Spring Hill Rd., #310
Vienna, VA 22182-2228


Mortgage Electronic Registration Systems
G4318 Miller Road
PO Box 2026
Flint, MI 48501-2026


Mortgage Now, Inc.
c/o Evert Bice
Statutory Agent
1210 Lakeview Ave.
Saybrook, OH 44004

Mother Goose Balloons & Helium, Inc.
270 Route 9 North, Suite 100
Manalapan, NJ 07726


Nancy M. Cremins
Robinson & Cole LLP
One Boston Place
Boston, MA 02108-4404


New England Merchants Corp.
1173 Massachusetts Ave.
Arlington Heights, MA 02475-4239

New England Mortgage Corp.
1173 Massachusetts Ave.
Arlington Heights, MA 02476-4239


New Vision Value Homes, Inc.
Attn: David Wethy, Registered Agent
304 Wilshire Ct.
Cedar Hill, TX 75104


New York State Dept. of
Taxation and Finance
Civil Enforcement Central Office
W.A. Harriman Campus
Albany, NY 12227

Nexsen Pruet Adams Kleemeier, LLC
PO Drawer 2426
Columbia, SC 29202


Nicola G. Suglia
Fleischer Fleischer & Suglia
Plaza 1000 at Main St., Suite 208
Voorhees, NJ 08043-4633


Norwest Mortgage
c/o Matthew J. Fairless
Hazelwood & Weber LLC
200 North Third Street
St. Charles, MO 63301

Pacific Cascade Towncar Service
125 SE Clay Street
Portland, OR 97214


Paul Michienzie, Esq.
Christopher J. DeCosta, Esq.
Michienzie & Sawin, LLC
745 Boylston Street
Boston, MA 02116

Peter J. Moser
Robinson & Cole LLC
One Boston Place
Boston, MA 02108

Pitney Bowes Bank dba Purchase Power
PO Box 856042
Louisville, KY 40285-6042


Pitney Bowes Credit Corp.
c/o Caine & Weiner
PO Box 5010
Woodland Hills, CA 91365-5010


Pitney Bowes Credit Corp.
c/o Dyne, Friedland & Omrani
PO Box 827
Woodland Hills, CA 91365


Prince, Lobel, Glovsky & Tye, LLP
100 Cambridge St., Suite 2200
Boston, MA 02114


Rachel Noyes
850 S.W. Lighthouse Drive
Palm City, FL 34990-4507


Republic Services
770 E. Sahara Ave.
PO Box 98508
Las Vegas, NV 89193-8508


Resource BancShares
c/o Roger Heidenrich
Sonnenschien, Nath & Rosenthal
One Metropolitan Square, #3000
St. Louis, MO 63102

RKelley-Law, P.C.
Braintree Hill Office Park
1 Rockdale St., Suite 200
Braintree, MA 02184


Robert E. Kelley
Braintree Hill Office Park
1 Rockdale St., Suite 200
Braintree, MA 02184

Robert G. Wuller
Neville, Richards & Wuller
5 Park Place Professional Centre
PO Box 20070
Belleville, IL 62226-0070

Robert Holman, Esq.
McDonald, Frank, ET AL
PO Box 46390
Cleveland, OH 44146

Robert Smith
c/o Jonathan D. Plaut
One State Street, 12th Floor
Boston, MA 02108

Roberta Robinson
26 Bradlee Street
Dorchester Center, MA 02124-1106

Roger Bertling
Legal Services Center
122 Boylston Street
Jamaica Plain, MA 02130

Roger E. Gottlieb
Andrew LeMar
Dykema Gossett, PLLC
10 S. Wacker Dr., Suite 2300
Chicago, IL 60606

Roger Heidenrich
Sonnenschien, Nath & Rosenthal
One Metropolitan Square, #3000
St. Louis, MO 63102

Saxon Capital Inc.
4708 Mercantile Drive North
Fort Worth, TX 76137

State of Alabama
Dept. of Revenue
50 North Ripley Street
Montgomery, AL 36132

Steven V. Stenger
Klar, Izsak & Stenger, LLC
1505 South Big Bend Blvd.
St. Louis, MO 63117


Sylvia Neumann
Pierce & Associates, P.C.
1 North Dearborn, #1300
Chicago, IL 60602


Thomas K. McCraw, Jr.
LeClair Ryan, PC
11th Floor, One International Place
Boston, MA 02110


Thomas N. Palermo
Asst. U.S. Attorney
400 N. Tampa St., #3200
Tampa, FL 33602


Ticor Title Insurance
10135 SE Sunnyside Road, Suite 200
Clackamas, OR 97015


Trident Title Agency, Inc.
c/o Steven P. Connolly
Statutory Agent
1000 S. Cleveland-Massillon Rd., #12
Fairlawn, OH 44333

Trophenia Kineard
c/o Derrick J. Hahn & Corey R. Herrick
Hahn Law Firm, P.C.
900 Jackson Street, #180
Dallas, TX 75202

Union Capital Mortgage Business Trust
45 Braintree Hill Park, #400
Braintree, MA 02184


Waste Management of Alamedia County
2421 W. Peoria Ave., Sutie 210
Phoenix, AZ 85029

Wells Fargo Home Mortgage, Inc.
c/o Matthew Fairless
Hazelwood & Weber LLC
200 North Third Street
St. Charles, MO 63301

Wisconsin Dept. of Revenue
PO Box 930208
Milwaukee, WI 53293-0208

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

IN RE:     §
    §
**Meritage Mortgage Corporation**     §     Case No. _____
    §
            Debtor(s)     §     Chapter    **7**_____

## DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY
## PETITION, LISTS, STATEMENTS, AND SCHEDULES

## PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐    *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* --
      I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☑    *[Only include if petitioner is a corporation, partnership or limited liability company]* --
      I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date:   **02/17/2009**_____     **/s/ Philip B. Sims**_____
                                       Philip B. Sims
                                       President

## PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date:   **02/17/2009**_____                         **/s/ Elizabeth G Smith**_____
                                                   Elizabeth G Smith, Attorney for Debtor