B6A (Official Form 6A) (12/07)

In re  **Meritage Mortgage Corporation**                    Case No.  **09-30971-7**
                                                                      (if known)

*AMENDED 3/11/2009*
## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 6137 S. Aberdeen St., Chicago, IL 60621 | Fee Simple | | $25,000.00 | $0.00 |
| 619 North 23rd St., East St. Louis, IL Settlement entered before Chapter 7 filing of Ethel Hill litigation concerning re-finance of property located at 610 North 23rd St., East St. Louis, IL. Upon dismissal of lawsuit, Debtor will receive ownership of real property valued at $5,400.00. | None | | $5,400.00 | $0.00 |
| | | Total: | $30,400.00 | |

(Report also on Summary of Schedules)