IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| MERITAGE MORTGAGE | § | |
| CORPORATION, | § | CASE NO.  09-30971-SGJ-7 |
|     Debtor | § | CHAPTER  7 |
| | § | |
| BARCLAYS CAPITAL REAL ESTATE | § | |
| INC. DBA HOMEQ SERVICING, as | § | |
| servicer for DEUTSCHE BANK | § | |
| NATIONAL TRUST COMPANY, AS | § | |
| TRUSTEE UNDER POOLING AND | § | |
| SERVICING AGREEMENT DATED AS | § | HEARING DATE AND TIME: |
| OF JUNE 1, 2006 MORGAN STANLEY | § | JUNE 9, 2009 AT 10:30 A.M. |
| IXIS REAL ESTATE CAPITAL TRUST | § | |
| 2006-1, their successors and/or assigns, | § | |
|     Movant | § | |
| | § | |
| vs. | § | |
| | § | |
| MERITAGE MORTGAGE | § | |
| CORPORATION, Debtor and DANIEL | § | |
| SHERMAN, Trustee, | § | |
|     Respondents | | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY OF ACT AGAINST PROPERTY

NOTICE: PURSUANT TO LOCAL BANKRUPTCY RULE 4001(b), YOU MUST FILE AN ANSWER TO THIS MOTION WITHIN FIFTEEN (15) DAYS OF THE DATE INDICATED IN THE CERTIFICATE OF SERVICE OF THIS MOTION.   YOUR ANSWER SHALL INCLUDE A DETAILED AND COMPREHENSIVE STATEMENT AS TO HOW THE MOVANT CAN BE "ADEQUATELY PROTECTED" IF THE AUTOMATIC STAY IS TO BE CONTINUED. IF YOU DO NOT FILE AN ANSWER AS REQUIRED, THE ALLEGATIONS IN THIS MOTION SHALL BE DEEMED ADMITTED, UNLESS GOOD CAUSE IS SHOWN WHY THESE ALLEGATIONS SHOULD NOT BE DEEMED ADMITTED, AND AN ORDER GRANTING THE RELIEF SOUGHT BY THIS MOTION MAY BE ENTERED BY DEFAULT.

PURSUANT TO LOCAL BANKRUPTCY RULE 4001(e), PLEASE TAKE NOTICE THAT, ABSENT COMPELLING CIRCUMSTANCES, EVIDENCE PRESENTED AT PRELIMINARY HEARINGS ON MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY WILL BE BY AFFIDAVIT ONLY AND THAT YOU MUST SERVE EVIDENTIARY AFFIDAVITS AT LEAST 48 HOURS IN ADVANCE OF SUCH HEARING UPON THE ABOVE-NAMED ATTORNEY AT THE ADDRESS SPECIFIED ABOVE. FAILURE OF AN ATTORNEY TO ATTEND A SCHEDULED AND NOTICED PRELIMINARY HEARING MAY BE GROUNDS FOR DEFAULT RELIEF REGARDLESS OF THE PRESENCE OR ABSENCE OF AFFIDAVITS.

M&S NO. 166377

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW **BARCLAYS CAPITAL REAL ESTATE INC. DBA HOMEQ
SERVICING, as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS
TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF JUNE
1, 2006 MORGAN STANLEY IXIS REAL ESTATE CAPITAL TRUST 2006-1, their
successors and/or assigns** ("Movant"), a secured creditor, to file this *Motion for Relief from
Automatic Stay of Act Against Property* ("Motion") against **MERITAGE MORTGAGE
CORPORATION** ("Debtor"), and in support thereof Movant would show the Court as follows:

<u>Jurisdiction</u>

1.      On or about **FEBRUARY 17, 2009**, Debtor filed a voluntary petition under
Chapter **7** of the Bankruptcy Code, and **DANIEL SHERMAN** was appointed Chapter 7 Trustee.

2.      This Court has jurisdiction of this Motion by virtue of 11 U.S.C. §105, 361, and
362 and 28 U.S.C. §1334 and 157 and all other applicable rules and statutes affecting the
jurisdiction of Bankruptcy Courts generally.

<u>Factual Background</u>

3.      Movant is the owner and holder of the following Note secured by a Deed of Trust
of even date therewith covering certain real property located at **256 TOMPKINS AVENUE,
BROOKLYN, NY 11216** ("Property").

<u>Debt and Collateral Description</u>

4.      A Note ("Note") in the original principal amount of **$540,000.00**, dated **APRIL
17, 2006,** was executed by original mortgagor, **KELLY STALLINGS, AN UNMARRIED
WOMAN**, to **MERITAGE MORTGAGE.**  In connection therewith, **KELLY STALLINGS,**

**AN UNMARRIED WOMAN** also executed a Deed of Trust which was duly recorded. The Note and Deed of Trust were subsequently assigned to Movant.

5.     Ms. Stallings, as the obligor on the debt, is in default of her obligations owed to Movant by failing to make the installment payments when due and owing pursuant to the terms of the Note. As of **MAY 5, 2009**, Ms. Stallings was contractually delinquent for **THIRTY-SIX (36)** monthly mortgage payments plus applicable late charges. As of the date of this Motion, the approximate payoff amount owed by Ms. Stallings to Movant was **$731,473.88**. This sum includes the principal balance, accrued interest, accrued late charges and escrow advances, but does not include attorneys' fees or related costs. As a result of the defaults, Movant employed counsel in New York to commence a judicial foreclosure proceeding prior to the filing of this bankruptcy case. That foreclosure proceeding is on hold pending the Court's consideration of this Motion.

6.     According to information and belief, Debtor was the previous lienholder on the Property. Although Debtor should not have any interest in the Property as a result of the assignment of the indebtedness to Movant, Movant has filed this Motion in an abundance of caution so as to not violate the automatic stay if Debtor asserts any interest in the Property.

### Lack of Adequate Protection

7.     By failing to make the regular monthly installment payments due pursuant to the Note, the original obligor on the debt has not adequately protected Movant's interest in the Property. Moreover, there is no equity in the Property as an appraisal conducted on September 24, 2008, reflects that the value of the Property is only $545.000.00. Cause exists therefore for termination of the automatic stay pursuant to 11 U.S.C. §362(d).

M&S NO 166377

8.     Movant has no remedy available other than to seek relief from the automatic stay.

9.     Movant has had to retain counsel to represent it before this Court and is incurring legal expenses and attorneys' fees for which it is entitled to be reimbursed under the terms of the Note.

10.     Movant requests that any order granting a motion for relief from automatic stay in accordance with Rule 4001(a)(3) not be stayed until the expiration of 10 days after the entry of the order.

<u>**Prayer**</u>

**WHEREFORE, PREMISES CONSIDERED,** Movant prays that, upon considering this Motion, the automatic stay will be terminated as to Debtor with respect to the subject real property and as to Movant, thereby permitting Movant to pursue all available remedies to obtain possession and control of the Property. Movant also prays that it be granted reasonable attorneys' fees and expenses and for such other and further relief, at law and in equity, as is just.

Respectfully Submitted,

By:  _____

June A. Mann / TBA No. 12928400
David Aaron DeSoto / TBA No. 00790585
Branch M. Sheppard / TBA No. 24033057
Grant M. Tabor / TBA No. 24027905
Leah J. Frazier / TBA No. 24063155
Mann & Stevens, P.C.
550 Westcott Street, Suite 560
Houston, Texas 77007
(713) 293-3600
(713) 293-3636  (Facsimile)
ATTORNEY FOR MOVANT

M&S NO. 166377

## CERTIFICATE OF CONFERENCE AND CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2 009, at 4:29 p.m., June A. Mann left a detailed voice mail message for the Debtor's attorney regarding the filing of this Motion and the basis of said Motion. As of the date of the filing of this Motion, we have not received a return telephone call and assume this Motion to be opposed. On May 5, 2009, at 4:30 p.m., Ms. Mann called the office of the Trustee and spoke with Mr. Sherman who advised that the Motion was neither opposed or unopposed. The matter will be reviewed by him when he receives a copy of the filed Motion. I hereby certify that a true and correct copy of the foregoing *Motion for Relief from Stay of Act Against Property* has been served upon the following parties via electronic means through the Court's CM/ECF system or by pre-paid regular first class U.S. Mail on May 13, 2009.

_____
June A. Mann

**DEBTOR'S ATTORNEY(via electronic notice)**
ELIZABETH GRACE SMITH
LAW OFFICES IF ELIZABETH G. SMITH
6655 FIRST PARK TEN, SUITE 250
SAN ANTONIO, TX 78213

**DEBTOR**
MERITAGE MORTGAGE CORPORATION
1601 BRYAN STREET, SUITE 19034
DALLAS, TX 75201

**INTERESTED PARTY**
KELLY STALLINGS
256 TOMPKINS AVENUE
BROOKLYN, NY 11216

**TRUSTEE (via electronic notice)**
DANIEL SHERMAN
509 N. MONTCLAIR
DALLAS, TX 75208

**U. S. TRUSTEE (via electronic notice)**
U. S. TRUSTEE
1100 COMMERCE STREET, ROOM 976
DALLAS, TX 75242

**PARTIES REQUESTING NOTICE (via electronic notice if so designated for receipt of such in CM/EFC)**

MARY DAFFIN
BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP
1900 ST. JAMES PLACE, 5TH FLOOR
HOUSTON, TX 77056

M&S NO: 166377

```
P309 LN (                    MORTGAGE LOAN HISTORY                      05-04-09
NAME K  STALLING             INV-LN 6:               DUE 06-01-06 TYPE 13-A
BR MS MAN 0 P-TYPE 1 INT .0887400 FIRST PB    540,000.00  2ND PB          .00
HUD      .00  NET    4113.05  SF .00500000 SUSP       .00 STOP D B P F N A D L
REP      .00  RES    3915.77                               A 0 0 2 0 3 0 0
   APP           04-16         04-06          03-27          03-27         03-16
   DUE           06-06         00-00          06-06          03-09         06-06
   TYPE/TRAN     1  52         6  31          1  61          3  13         1  52
   AMOUNT          .00           .00       2,715.14       2,715.14-          .00
   PRIN-PD         .00           .00            .00            .00           .00
   PRIN-BAL   540,000.00    540,000.00     540,000.00     540,000.00    540,000.00
   INT-PD          .00           .00            .00            .00           .00
   ESC-PD          .00           .00       2,715.14       2,715.14-          .00
   ESC-BAL         .00           .00            .00       2,715.14-          .00
   A&H-INS         .00           .00            .00            .00           .00
   LIFE-INS        .00           .00            .00            .00           .00
   LC/FEES   1    95.71-         .00            .00            .00   1      95.71-
   MISC-PD         .00           .00            .00            .00           .00
   ADV-BAL    29,344.05     29,344.05      29,344.05      26,628.91     26,628.91
   SUSP            .00           .00            .00            .00           .00
   SC/PAYEE                 OHFIDELITY                  310472010

PAGE 001 OF 006    TOTAL TRANS AVAILABLE 0029   OLDEST TRAN 05-02-08 ∠P
```

```
P309 LN €                    MORTGAGE LOAN HISTORY                          05-04-09
NAME K STALLING              INV-LN €                    DUE 06-01-06 TYPE 13-A
BR MS MAN 0 P-TYPE 1 INT .0887400 FIRST PB    540,000.00  2ND PB            .00
HUD      .00  NET    4113.05  SF .00500000 SUSP        .00 STOP D B P F N A D L
REP      .00  RES    3915.77                               A 0 0 2 0 3 0 0
```

| | | | | | |
|---|---|---|---|---|---|
| APP | 02-17 | 02-17 | 01-15 | 01-15 | 01-13 |
| DUE | 06-06 | 00-00 | 06-06 | 12-08 | 00-00 |
| TYPE/TRAN | 1  52 | 6  31 | 1  61 | 3  14 | 6  31 |
| AMOUNT | .00 | .00 | 255.75 | 255.75- | .00 |
| PRIN-PD | .00 | .00 | .00 | .00 | .00 |
| PRIN-BAL | 540,000.00 | 540,000.00 | 540,000.00 | 540,000.00 | 540,000.00 |
| INT-PD | .00 | .00 | .00 | .00 | .00 |
| ESC-PD | .00 | .00 | 255.75 | 255.75- | .00 |
| ESC-BAL | .00 | .00 | .00 | 255.75- | .00 |
| A&H-INS | .00 | .00 | .00 | .00 | .00 |
| LIFE-INS | .00 | .00 | .00 | .00 | .00 |
| LC/FEES  1 | 95.71- | .00 | .00 | .00 | .00 |
| MISC-PD | .00 | .00 | .00 | .00 | .00 |
| ADV-BAL | 26,628.91 | 26,628.91 | 26,628.91 | 26,373.16 | 26,373.16 |
| SUSP | .00 | .00 | .00 | .00 | .00 |
| SC/PAYEE | | OHFIDELITY | | 310472010 | OHFIDELITY |

```
PAGE 002 OF 006    TOTAL TRANS AVAILABLE 0029    OLDEST TRAN 05-02-08 ∠P
```

```
P309 LN                    MORTGAGE LOAN HISTORY                        05-04-09
NAME  K  STALLING              INV-LN                    DUE 06-01-06 TYPE 13-A
BR MS MAN 0 P-TYPE 1 INT .0887400 FIRST PB     540,000.00  2ND PB        .00
HUD      .00  NET    4113.05  SF .00500000 SUSP      .00 STOP D B P F N A D L
REP      .00  RES    3915.77                              A 0 0 2 0 3 0 0
```

| | | | | | |
|---|---|---|---|---|---|
| APP | 01-13 | 01-07 | 11-10 | 11-10 | 09-30 |
| DUE | 00-00 | 00-00 | 00-00 | 00-00 | 00-00 |
| TYPE/TRAN | 6  31 | 6  31 | 6  32 | 6  30 | 6  01 |
| AMOUNT | .00 | .00 | .00 | .00 | .00 |
| PRIN-PD | .00 | .00 | .00 | .00 | .00 |
| PRIN-BAL | 540,000.00 | 540,000.00 | 540,000.00 | 540,000.00 | 540,000.00 |
| INT-PD | .00 | .00 | .00 | .00 | .00 |
| ESC-PD | .00 | .00 | .00 | .00 | .00 |
| ESC-BAL | .00 | .00 | .00 | .00 | .00 |
| A&H-INS | .00 | .00 | .00 | .00 | .00 |
| LIFE-INS | .00 | .00 | .00 | .00 | .00 |
| LC/FEES | .00 | .00 | .00 | .00 | .00 |
| MISC-PD | .00 | .00 | .00 | .00 | .00 |
| ADV-BAL | 26,373.16 | 26,373.16 | 26,373.16 | 26,373.16 | 26,373.16 |
| SUSP | .00 | .00 | .00 | .00 | .00 |
| SC/PAYEE | OHFIDELITY | OHFIDELITY | ATNYROS2 | ATNYROS2 | NCEXCA |

```
PAGE 003 OF 006    TOTAL TRANS AVAILABLE 0029    OLDEST TRAN 05-02-08 /P
```

# HomEq Servicing
# HomEq Servicing

## Payment History for Account ¡

Please fax in landscape format. Choose File > Page Setup,
then click "Landscape" in the orientation box and click OK.
Then Send a Fax as you normally would.

<< Back to Search | Send a Fax (Choose **RightFax Fax Printer** from the 'Print' dialog box)

| | | | | |
|---|---|---|---|---|
| **Borrower** | KELLY STALLINGS | **Next Payment Due** | 6/1/2006 | |
| **Co-Borrower** | N/A | **Principal Balance** | $540,000.00 | |
| **Mailing Address** | 141-40 84TH DRIVE #4A BRIARWOO D NY 11435 | **Escrow Balance** | ($26,628.91) | |
| | | **Interest Paid Year-To-Date** | $0.00 | |
| | | **Advances Due** | $12,122.73 | |
| | | **Return Check Fees** | $0.00 | |
| | | **Unpaid Late Charges** | $164.52 | |
| **Property Address** | 256 TOMPKINS AVE BROOKLYN NY 11216 | **Interest Rate** | 8.87% | |
| | | **Maturity Date** | 5/1/2036 | |

**There are no pending transactions for account number**

**Payment history for account number _____ . as of 02/10/2009.**

| Transaction Date | Description | Amount Received | Effective Date | Due Date Payment Applied To | Principal Paid | Interest Paid | Escrow Paid | Fees Paid | Fee Desc. | Other Paid | Principal Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/15/2009 | City Tax Disbursements | 0.00 | 01/15/2009 | | 0.00 | 0.00 | 0.00 | 0.00 | | 255.75 | 540,000.00 |
| 01/15/2009 | Escrow Advance | 255.75 | 01/15/2009 | | 0.00 | 0.00 | -255.75 | 0.00 | | 0.00 | 540,000.00 |
| 01/13/2009 | Property Preservation | 0.00 | 01/13/2009 | | 0.00 | 0.00 | 0.00 | 0.00 | | 20.00 | 540,000.00 |
| 01/13/2009 | Property Preservation | 0.00 | 01/13/2009 | | 0.00 | 0.00 | 0.00 | 0.00 | | 35.00 | 540,000.00 |
| 01/07/2009 | Property Preservation Statutory Expense | 0.00 | 01/07/2009 | | 0.00 | 0.00 | 0.00 | 0.00 | | 10.50 | 540,000.00 |
| 11/10/2008 | Disbursement | 0.00 | 11/10/2008 | | 0.00 | 0.00 | 0.00 | 0.00 | | 1,495.00 | 540,000.00 |
| 11/10/2008 | Attorney Advances | 0.00 | 11/10/2008 | | 0.00 | 0.00 | 0.00 | 0.00 | | 915.00 | 540,000.00 |
| 09/30/2008 | Misc. Other Fee Disbursement | 0.00 | 09/30/2008 | | 0.00 | 0.00 | 0.00 | 0.00 | | 7.48 | 540,000.00 |
| 09/26/2008 | Misc. Other Fee Disbursement | 0.00 | 09/26/2008 | | 0.00 | 0.00 | 0.00 | 0.00 | | 265.00 | 540,000.00 |

| Date | Transaction | Amount | Date | | | | | | | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/18/2008 | City Tax Disbursements | 0.00 | 09/18/2008 | | 0.00 | 0.00 | -231.63 | 0.00 | 231.63 | 540,000.00 |
| 09/18/2008 | Escrow Advance | 231.63 | 09/18/2008 | | 0.00 | 0.00 | 231.63 | 0.00 | 0.00 | 540,000.00 |
| 09/12/2008 | Property Preservation | 0.00 | 09/12/2008 | | 0.00 | 0.00 | 0.00 | 0.00 | 10.50 | 540,000.00 |
| 07/15/2008 | Property Preservation | 0.00 | 07/15/2008 | | 0.00 | 0.00 | 0.00 | 0.00 | 95.00 | 540,000.00 |
| 07/15/2008 | City Tax Disbursements | 0.00 | 07/15/2008 | | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | 540,000.00 |
| 07/02/2008 | City Tax Disbursements | 0.00 | 07/02/2008 | | 0.00 | 0.00 | -232.78 | 0.00 | 232.78 | 540,000.00 |
| 07/02/2008 | Escrow Advance | 232.78 | 07/02/2008 | | 0.00 | 0.00 | 232.78 | 0.00 | 232.78 | 540,000.00 |
| 06/24/2008 | Hazard Ins Disbursement | 0.00 | 06/24/2008 | | 0.00 | 0.00 | -8,167.50 | 0.00 | 8,167.50 | 540,000.00 |
| 06/24/2008 | Escrow Advance | 8,167.50 | 06/24/2008 | | 0.00 | 0.00 | 8,167.50 | 0.00 | 0.00 | 540,000.00 |
| 06/13/2008 | Property Preservation | 0.00 | 06/13/2008 | | 0.00 | 0.00 | 0.00 | 0.00 | 10.50 | 540,000.00 |
| 05/14/2008 | Property Preservation | 0.00 | 05/14/2008 | | 0.00 | 0.00 | 0.00 | 0.00 | 10.50 | 540,000.00 |
| 05/02/2008 | Property Preservation | 0.00 | 05/02/2008 | | 0.00 | 0.00 | 0.00 | 0.00 | 10.50 | 540,000.00 |
| 04/30/2008 | City Tax Disbursements | 0.00 | 04/30/2008 | | 0.00 | 0.00 | -221.59 | 0.00 | 221.59 | 540,000.00 |
| 04/30/2008 | Escrow Advance | 221.59 | 04/30/2008 | | 0.00 | 0.00 | 221.59 | 0.00 | 0.00 | 540,000.00 |
| 04/18/2008 | Misc. Other Fee Disbursement | 0.00 | 04/18/2008 | | 0.00 | 0.00 | 0.00 | 0.00 | 125.00 | 540,000.00 |

| Date | Description | Amount | Date | | | | | | | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/13/2008 | Property Preservation | 0.00 | 03/13/2008 | | 0.00 | 0.00 | 0.00 | 0.00 | | 35.00 | 540,000.00 |
| 03/13/2008 | Property Preservation | 0.00 | 03/13/2008 | | 0.00 | 0.00 | 0.00 | 0.00 | | 8.00 | 540,000.00 |
| 02/25/2008 | Property Preservation | 0.00 | 02/25/2008 | | 0.00 | 0.00 | 0.00 | 0.00 | | 130.00 | 540,000.00 |
| 02/25/2008 | Property Preservation | 0.00 | 02/25/2008 | | 0.00 | 0.00 | 0.00 | 0.00 | | 10.50 | 540,000.00 |
| 02/04/2008 | Property Preservation | 0.00 | 02/04/2008 | | 0.00 | 0.00 | 0.00 | 0.00 | | 4.00 | 540,000.00 |
| 02/01/2008 | Misc. Other Fee Disbursement | 0.00 | 02/01/2008 | | 0.00 | 0.00 | 0.00 | 0.00 | | 265.00 | 540,000.00 |
| 12/17/2007 | City Tax Disbursements | 0.00 | 12/17/2007 | | 0.00 | -1,184.66 | 0.00 | 0.00 | | 1,184.66 | 540,000.00 |
| 12/17/2007 | Escrow Advance | 1,184.66 | 12/17/2007 | | 0.00 | 1,184.66 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 12/14/2007 | Property Preservation | 0.00 | 12/14/2007 | | 0.00 | 0.00 | 0.00 | 0.00 | | 10.50 | 540,000.00 |
| 11/02/2007 | Property Preservation | 0.00 | 11/02/2007 | | 0.00 | 0.00 | 0.00 | 0.00 | | 10.50 | 540,000.00 |
| 10/09/2007 | Property Preservation | 0.00 | 10/09/2007 | | 0.00 | 0.00 | 0.00 | 0.00 | | 300.00 | 540,000.00 |
| 10/09/2007 | Property Preservation | 0.00 | 10/09/2007 | | 0.00 | 0.00 | 0.00 | 0.00 | | 16.00 | 540,000.00 |
| 09/18/2007 | Property Preservation | 0.00 | 09/18/2007 | | 0.00 | 0.00 | 0.00 | 0.00 | | 375.00 | 540,000.00 |
| 09/18/2007 | Property Preservation | 0.00 | 09/18/2007 | | 0.00 | 0.00 | 0.00 | 0.00 | | 350.00 | 540,000.00 |

| Date | Transaction | Amount | Date | | | | | | | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/18/2007 | Property Preservation | 0.00 | 09/18/2007 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 36.00 | 540,000.00 |
| 09/14/2007 | Property Preservation | 0.00 | 09/14/2007 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.50 | 540,000.00 |
| 08/17/2007 | Misc. Other Fee Disbursement | 0.00 | 08/17/2007 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 265.00 | 540,000.00 |
| 08/03/2007 | Property Preservation | 0.00 | 08/03/2007 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.50 | 540,000.00 |
| 07/31/2007 | Property Preservation | 0.00 | 07/31/2007 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 145.00 | 540,000.00 |
| 07/31/2007 | Property Preservation | 0.00 | 07/31/2007 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 | 540,000.00 |
| 07/31/2007 | Property Preservation | 0.00 | 07/31/2007 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 16.00 | 540,000.00 |
| 06/25/2007 | Hazard Ins Disbursement | 0.00 | 06/25/2007 | | 0.00 | 0.00 | -8,167.50 | 0.00 | 0.00 | 8,167.50 | 540,000.00 |
| 06/25/2007 | Escrow Advance | 8,167.50 | 06/25/2007 | | 0.00 | 0.00 | 8,167.50 | 0.00 | 0.00 | 0.00 | 540,000.00 |
| 06/13/2007 | Property Preservation | 0.00 | 06/13/2007 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.50 | 540,000.00 |
| 05/14/2007 | Other Fee Adjustment | -14.00 | 05/14/2007 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.00 | 540,000.00 |
| 04/25/2007 | Property Preservation | 0.00 | 04/25/2007 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.50 | 540,000.00 |
| 03/14/2007 | Property Preservation | 0.00 | 03/14/2007 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 300.00 | 540,000.00 |
| 03/14/2007 | Property Preservation | 0.00 | 03/14/2007 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 90.00 | 540,000.00 |

| Date | Type | Amount | Date | | | | | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 03/14/2007 | Property Preservation | 0.00 | 03/14/2007 | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 | 540,000.00 |
| 03/13/2007 | Property Preservation | 0.00 | 03/13/2007 | 0.00 | 0.00 | 0.00 | 0.00 | 10.50 | 540,000.00 |
| 02/23/2007 | Property Preservation | 0.00 | 02/23/2007 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 | 540,000.00 |
| 02/23/2007 | Property Preservation | 0.00 | 02/23/2007 | 0.00 | 0.00 | 0.00 | 0.00 | 18.00 | 540,000.00 |
| 02/22/2007 | Statutory Expense Disbursement | 0.00 | 02/22/2007 | 0.00 | 0.00 | 0.00 | 0.00 | 495.00 | 540,000.00 |
| 02/22/2007 | Attorney Advances | 0.00 | 02/22/2007 | 0.00 | 0.00 | 0.00 | 0.00 | 540.00 | 540,000.00 |
| 02/01/2007 | Property Preservation | 0.00 | 02/01/2007 | 0.00 | 0.00 | 0.00 | 0.00 | 10.50 | 540,000.00 |
| 01/31/2007 | Misc. Other Fee Disbursement | 0.00 | 01/31/2007 | 0.00 | 0.00 | 0.00 | 0.00 | 325.00 | 540,000.00 |
| 01/11/2007 | Restricted Escrow Deposit | 3,915.77 | 01/11/2007 | 0.00 | 0.00 | 0.00 | 0.00 | 3,915.77 | 540,000.00 |
| 12/15/2006 | Property Preservation | 0.00 | 12/15/2006 | 0.00 | 0.00 | 0.00 | 0.00 | 10.50 | 540,000.00 |
| 12/14/2006 | Property Preservation | 0.00 | 12/14/2006 | 0.00 | 0.00 | 0.00 | 0.00 | 1,425.00 | 540,000.00 |
| 12/14/2006 | Property Preservation | 0.00 | 12/14/2006 | 0.00 | 0.00 | 0.00 | 0.00 | 2,515.00 | 540,000.00 |
| 12/14/2006 | Property Preservation | 0.00 | 12/14/2006 | 0.00 | 0.00 | 0.00 | 0.00 | 68.00 | 540,000.00 |

| Date | Transaction | Amount | Date | | | | | | | Note | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/18/2006 | Misc. Other Fee Disbursement | 0.00 | 08/18/2006 | | 0.00 | 0.00 | 0.00 | 0.00 | | | 325.00 | 540,000.00 |
| 09/14/2006 | Property Preservation | 0.00 | 09/14/2006 | | 0.00 | 0.00 | 0.00 | 0.00 | | | 10.50 | 540,000.00 |
| 09/18/2006 | Late Charge Assessment | 0.00 | 09/18/2006 | | 0.00 | 0.00 | 0.00 | -82.26 | | LATE CHARGES | 82.26 | 540,000.00 |
| 10/16/2006 | Late Charge Assessment | 0.00 | 10/16/2006 | | 0.00 | 0.00 | 0.00 | -82.26 | | LATE CHARGES | 82.26 | 540,000.00 |
| 10/27/2006 | Statutory Expense Disbursement | 0.00 | 10/27/2006 | | 0.00 | 0.00 | 0.00 | 0.00 | | | 14.00 | 540,000.00 |
| 11/03/2006 | Property Preservation | 0.00 | 11/03/2006 | | 0.00 | 0.00 | 0.00 | 0.00 | | | 10.50 | 540,000.00 |
| 11/20/2006 | Misc. Other Fee Disbursement | 0.00 | 11/20/2006 | | 0.00 | 0.00 | 0.00 | 0.00 | | | 56.00 | 540,000.00 |
| 11/20/2006 | Misc. Other Fee Disbursement | 0.00 | 11/20/2006 | | 0.00 | 0.00 | 0.00 | 0.00 | | | 500.00 | 540,000.00 |
| 11/20/2006 | Misc. Other Fee Disbursement | 0.00 | 11/20/2006 | | 0.00 | 0.00 | 0.00 | 0.00 | | | 150.00 | 540,000.00 |
| 11/27/2006 | Misc. Other Fee Disbursement | 0.00 | 11/27/2006 | | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 | 540,000.00 |
| 11/27/2006 | Escrow Advance | 8,167.50 | 11/27/2006 | | 0.00 | 0.00 | 8,167.50 | 0.00 | | | 8,167.50 | 540,000.00 |
| 11/27/2006 | Hazard Ins Disbursement | 0.00 | 11/27/2006 | | 0.00 | 0.00 | -8,167.50 | 0.00 | | | 8,167.50 | 540,000.00 |

| 08/01/2006 | Misc. Other Fee Disbursement | 0.00 | 08/01/2006 | | 0.00 | 0.00 | 0.00 | 0.00 | 6.75 | 540,000.00 |
| 06/23/2006 | Loan Set Up | 0.00 | 06/23/2006 | | -540,000.00 | 0.00 | 0.00 | 0.00 | 540,000.00 | 540,000.00 |

# TRANSACTION CODES

**SCREEN NAME: HIST & P309**

| CODE | DESCRIPTION |
|------|-------------|
| 006 | Corporate advance tran code/disbursement |
| 007 | Corporate advance tran code/deposit |
| 086 | Full Settlement removed from investor & transferred to "Bank Owned" |
| 132 | Late charge reversal/payment |
| 142 | New loan charge to principal |
| 143 | Non-cash balance adjustment |
| 145 | Non-cash balance adjustment |
| 146 | Bad check reversal - short form |
| 147 | Misapplication reversal |
| 148 | Bad check reversal - long form |
| 149 | Principal advance |
| 152 | Late charge assessment |
| 158 | Sold loan - servicing released |
| 160 | Escrow deposit - interest on escrow |
| 161 | Escrow advance |
| 162 | MIP/PMI refund |
| 163 | Hazard insurance premium refund |
| 164 | Tax refund deposit |
| 165 | Lien refund deposit |
| 166 | Special deposit to escrow |
| 167 | Deposit of HUD assistance |
| 168 | Escrow advance recovery |
| 169 | Deposit to restricted escrow |
| 170 | Initial escrow deposit, closing interest, etc. |
| 171 | Coupon payment |
| 172 | Modified payment |
| 173 | Irregular/non-coupon payment |
| 174 | Irregular payment - short escrow |
| 175 | Principal curtailment |
| 179 | Special optional insurance application payment on reversal |
| 181 | Loan paid-in-full (cash) |
| 182 | Loan removed through foreclosure (non-cash) |
| 183 | MBS pool payoff settlement (foreclosure) |
| 301 | Miscellaneous disbursement |
| 302 | Refund assistance to HUD |
| 303 | Replacement reserve disbursement |
| 304 | Restricted escrow disbursement |
| 305 | Escrow disbursed to mortgagee |

## DESCRIPTION-cont.

| CODE | DESCRIPTION |
|------|-------------|
| 306 | Surplus escrow to mortgagor |
| 307 | Escrow disbursed to mortgagor |
| 310 | MIP/PMI disbursement |
| 311 | Consolidated tax disbursement (311-50/City & School, 01/School only) |
| 312 | County tax disbursement |
| 313 | City tax disbursement (includes township, village, or borough) |
| 314 | Lien/Assessment Disbursement/Water |
| 315 | Lien/Assessment Disbursement/Maintenance |
| 316 | Lien/Assessment Disbursement/College |
| 317 | Utility district disbursement (UD, PUD, MUD, etc.) |
| 318 | Ground rent disbursement |
| 319 | Fire district |
| 320 | Delinquent Tax Disbursement |
| 321 | Bond/improvement disbursement |
| 322 | Levy improvement district tax |
| 323 | Subdivision maintenance fee disbursement |
| 324 | 5 year tax repayment plan disbursement |
| 325 | Sanitation Fee Disbursement |
| 328 | Homeowners Association dues |
| 329 | Delinquent tax |
| 351 | Fire/homeowner insurance disbursement |
| 352 | Flood insurance disbursement |
| 353 | Other hazard/flood disbursement (for multi loc.) |
| 354 | Earthquake or other hazard/flood disbursement (for multi. loc.) |
| 355 | Windstorm or other hazard/flood disbursement (for multi. loc.) |
| 601 | Misc. corporate advance tran code/disbursement |
| 615 | Misc. secured advances (available only on IP1329 or 1330) |
| 630 | Attorney advance disbursement |
| 631 | Property preservation disbursement |
| 632 | Statutory Expense disbursement |
| 633 | Misc. Foreclosure, Bankruptcy, and REO disbursement |
| 710 | Attorney Advance Repayment |
| 711 | Property Preservation Repayment |
| 712 | Statutory expense Repayment |
| 713 | Misc. expense repayment |
| 714 | Foreclosure investor repayment |
| 745 | Restricted corporate advance adjustment |
| 746 | New Corporate Advance Adjustment for Secured Advances |
| 766 | Miscellaneous Repayment |

| Type of Remittance | 1st Digit | 2nd Digit |
|---|---|---|
| Personal Check | 1 | # of Checks (Over One) |
| Money Order | 2 | # Of MO's (Over One) |
| Cashier's Check | 3 | # of CC's (Over One) |
| Quick Collect | 4 | N/A |
| JIT Payment | 5 | # JIT Pmt's (Over One) |
| Company CK – Not WAMU | 6 | # of Checks (Over One) |
| Bank United Check | 7 | # of Checks (Over One) |
| Trustee, Post Petition | 8 | N/A |
| Wire | 9 | N/A |

### 3rd through 13th Digit

These digits are for the numbers on the remittance themselves. If these are less than eleven (11) digits – zeros (0) should be used prior to the number. If there are two (2) or more remittances then the last four digits of each remittance should be placed using zeros (0) to separate each number. In all cases all places must be updated.