Daniel J. Sherman
State Bar No. 18241000
SHERMAN & YAQUINTO, L.L.P.
509 N. Montclair Avenue
Dallas, TX 75208-5498
214/942-5502 Fax: 214/946-7601
ATTORNEYS FOR THE TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **MERITAGE MORTGAGE CORPORATION** | § | **CASE NO. 09-30971-SGJ-7** |
| | § | |
| DEBTOR | § | |

## MOTION TO COMPROMISE CONTROVERSY WITH SOKOLOUSKYS

TO THE HONORABLE STACEY G. JERNIGAN, U.S. BANKRUPTCY JUDGE:

NOW COMES Daniel J. Sherman, trustee, and files this Motion to Compromise Claims of the Estate and would show the Court the following:

1. On February 17, 2009, **MERITAGE MORTGAGE CORPORATION** ("Debtor") filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code. Daniel J. Sherman ("Trustee") was appointed as trustee.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §157 and 1334; and Bankruptcy Rule 9019. This is a core proceeding.

3. On March 20, 2007 in the Common Pleas Court, Stark County, Ohio, (Cause No. 2007-CV-01247) CitiGroup Global Markets Realty Corp., filed suit to judicially foreclose its lien on the homestead of David Sokolousky and Sandra Sokolousky. The Sokolouskys answered the complaint and asserted numerous affirmative defenses and counterclaimed against CitiGroup, the debtor Meritage Mortgage Corporation, 6 other

named defendants and John Does 1 through 10. The Sokolouskys alleged a pattern of abusive lending and loan origination practices against all these entities.

4. This Court modified the automatic stay twice: First, to permit CitiGroup to judicially foreclose and, second, to allow the estate to defend itself against the counterclaim of predatory lending practices. Eventually all the parties except the debtor agreed to a global settlement. The Sokouskys have offered to dismiss their counterclaim against this estate in exchange for receiving a $10,000.00 unsecured claim and the release of a second mortgage in the amount of $15,000.00 held –according to lien records – by Meritage Mortgage.

5. The Sokolouskys filed a proof of claim in this bankruptcy proceeding for $75,000. Sherman believes accepting the settlement proposal is in the best in interests of the estate and asks this Court to approve it.

6. Courts have held that in order to approve a settlement or compromise under Bankruptcy Rule 9019(a), a bankruptcy court should find that the compromise proposed is fair and equitable, reasonable, and in the best interests of the Debtor's Estate. See e.g., Matter of AWECO, INC., 725 F.2d 243, 298 (5th Cir. 1984), cert. denied, 469 U.S. 880 (1984); Matter of Jackson Brewing Co., 624 F.2d 605, 607 (5th Cir. 1980) (decided under the Bankruptcy Act). While it is necessary for the proponent of a compromise to set forth the legal and factual content of the compromise so that the Bankruptcy Court can make an intelligent evaluation of the proposed settlement, See Matter of AWECO, Inc., 725 F.2d at 239, it is not incumbent upon the proponent to present a mini-trial or full evidentiary hearing, because the bankruptcy court in determining whether to approve a compromise "is not to decide the numerous questions of law and fact raised" by the

compromise, but is rather "to canvass the issues and see whether the settlement 'falls below the lowest point in the range of reasonableness'". In re W.T. Grant Co., 694 F.2d 599, 608 (2d Cir. 1983), cert. denied sub nom. Cosoff v. Rodman, 464 U.S. 822 (1983), quoting Newman v. Stein, 464 F.2d 689, 693 (2nd Cir. 1972).

7. In deciding whether a particular compromise falls within the "range of reasonableness," a bankruptcy court should consider the following factors:

    a. the probability of success in the litigation, with due consideration for the uncertainty in fact and law;

    b. the complexity and likely duration of the litigation and any attendant expense, inconvenience and delay; and

    c. all other factors bearing on the wisdom of the compromise.

8. Trustee believes that this settlement is fair and reasonable.

**FOR THESE REASONS,** Daniel J. Sherman, trustee, asks this Court to approve the settlement with the Sokolouskys and

- Authorize the trustee to execute a release of a $15,000 second mortgage on the Sokolousky home;
- Allow the Sokolouskys a general unsecured claim in the amount of $10,000.00 disallowing the balance of $65,000.00 in the proof of claim filed; and
- Grant any other relief the Court may deem appropriate.

**ANY PARTY WISHING TO RESPOND TO THIS PLEADING MUST FILE THE RESPONSE WITH THE U.S. BANKRUPTCY CLERK, ROOM 1254, 1100 COMMERCE STREET, DALLAS, TX 75242, AND SERVE A COPY ON THE TRUSTEE AT 509 N. MONTCLAIR AVENUE, DALLAS, TX 75208, WITHIN 24 DAYS OF THE SERVICE OF THIS PLEADING.  IF A RESPONSE IS FILED AND SERVED TIMELY, A HEARING ON THE RESPONSE WILL BE SCHEDULED WITH A NOTICE TO THE RESPONDING PARTY ONLY.**

**IF NO RESPONSE IS FILED AND TIMELY SERVED ON THE TRUSTEE, THE COURT MAY DEEM THE RELIEF REQUESTED UNOPPOSED AND MAY ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT FURTHER NOTICE TO ANY PARTY.**

Respectfully submitted,

SHERMAN & YAQUINTO, L.L.P.

*/s/ Daniel J. Sherman*
**Daniel J. Sherman**
State Bar No. 18241000
509 North Montclair Avenue
Dallas, Texas 75208-5498
214/942-5502 Fax: 214/946-7601
ATTORNEY FOR TRUSTEE

### CERTIFICATE OF SERVICE

This is to certify that on the 18th day of November, 2010, the foregoing ***MOTION TO COMPROMISE CONTROVERSY*** was forwarded to all parties shown on the attached list via electronic transmission or first-class mail, postage prepaid.

*/s/ Daniel J. Sherman*
**Daniel J. Sherman**

**MOTION TO COMPROMISE CLAIMS OF THE ESTATE  -    Page 4**
u:\dholland\cases\meritage\motion to compromise

| | | |
|---|---|---|
| (c)CYNTHIA FISCHER<br>LERNER, SAMPSON & ROTHFUSS<br>120 E 4TH ST STE 400<br>CINCINNATI OH 45202-4010 | A & D Appraisal Services, Inc.<br>CO Daniel E. Rogan<br>Statutory Agent<br>5651 Newton Falls Rd<br>Ravenna, OH 44266-8797 | Americas Servicing Company<br>CO Statutory Agent<br>P. Ronald Sabatino<br>3895 Stoneridge Lane<br>Dublin, OH 43017-2152 |
| Amie R. Pelletier<br>Robinson & Cole, LLP<br>One Boston Place, Suite 2500<br>Boston, MA 02108-4404 | Andrew J. Dorman<br>Kevin J. Shebesta<br>Janik & Dorman, LLP<br>9200 South Hills Blvd., No. 300<br>Cleveland, OH 44147-3524 | Ann L. Wehener<br>Brennan, Manna & Diamond LLC<br>75 East Market St.<br>Akron, OH 44308-2010 |
| Ann P. Goodman<br>McCullough, Campbell & Lane, LLP<br>205 N. Michigan Ave., Suite 4100<br>Chicago, IL 60601-5993 | Anthony R. Brighton<br>Martin, Magnuson, ET AL<br>101 Merrimac St.<br>Boston, MA 02114-4776 | B. Bradley & Associates, Inc.<br>dba Bradley Financial Group<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808-1645 |
| Bank One CO<br>Larry E. Hepler & Troy A. Bozarth<br>103 West Vandalia, Suite 300<br>PO Box 510<br>Edwardsville, IL 62025-0510 | Bank One CO<br>John L. Gilbert<br>Hinshaw & Culbertson LLP<br>156 North Main St., Suite 206<br>Edwardsville, IL 62025-1972 | Bashir Bradley<br>dba Bradley Financial Group<br>2711 Centerville Road, No. 400<br>Wilmington, DE 19808-1645 |
| Bizeats Inc.<br>8095 SW Nimbus Dr.<br>Beaverton, OR 97008-6439 | Blue Bird Transfer, Inc.<br>7555 SW Tech Center Drive<br>Portland, OR 97223-8053 | Brian M. Fleisher<br>Fleischer Fleischer & Suglia<br>1800 John F. Kennedy Blvd., 20th Fl.<br>Philadelphia, PA 19103-7412 |
| Briggs & Morgan PA<br>2200 First National Bank Bldg.<br>St. Paul, MN 55101 | Bryan Skelton<br>Reed, Armstrong, ET AL<br>115 North Buchanan<br>PO Box 368<br>Edwardsville, IL 62026-0001 | Cecely Chapman<br>CO 533 S. 2nd Street<br>Colwyn, PA 19023-3106 |
| Cherry Jenkins<br>CO Geoffrey A. Domenico<br>Piscitelli Domenico & Murphy, LLP<br>171 Washington Street<br>North Easton, MA 02356-1118 | City & County of Denver<br>Community Planning & Dev.<br>201 W. Colfax Ave., Dept. 205<br>Denver, CO 80202-5330 | City of Chicago<br>CO Wexler & Wexler<br>500 W. Madison St., Suite 2910<br>Chicago, IL 60661-2587 |
| City of Chicago<br>CO Maria Azloz-Zas<br>City of Chicago-Dept. of Law, Rm 700<br>30 North LaSalle Street<br>Chicago, IL 60602-2590 | City of Philadelphia<br>Dept. of Revenue<br>PO Box 1678<br>Phiadelphia, PA 19105 | Colorado Dept. of Labor & Employment<br>PO Box 956<br>Denver, CO 80201-0956 |
| Commercial Contractors Inc.<br>1265 S. 35th Place<br>Ridgefield, WA 98642-9303 | Corey R. Herrick<br>Hahn Law Firm, P.C.<br>900 Jackson St., Suite 180<br>Dallas, TX 75202-4437 | Cynthia Fischer<br>Lerner, Sampson & Rothfuss<br>120 E. Fourth St., Suite 800<br>Cincinnati, OH 45201-5480 |
| Daniel A. Leonardo<br>Bulkley Richardson & Gelinas LLP<br>98 North Washington St., No. 500<br>PO Box 6329<br>Boston, MA 02114-0016 | Daniel C. Malone, Esq.<br>Dechert LLP<br>30 Rockefeller Plaza<br>New York, NY 10112-0015 | David & Sandra Sokolousky<br>1237 Roslyn St., SW<br>Canton, OH 44710-2027 |

| | | |
|---|---|---|
| David M. Rosen, Esq.<br>Harmon Law Offices<br>PO Box 610389<br>Newton Highlands, MA 02461-0389 | Dean J. Wagner, Esq.<br>Shechtman Halperin Savage, LLP<br>1080 Main St.<br>Pawtucket, RI 02860-4847 | Dept. of Revenue<br>Administrative Hearings<br>City Hall, Room 107A<br>121 N. LaSalle St.<br>Chicago, IL 60602-1202 |
| Derrick J. Hahn<br>Hahn Law Firm, P.C.<br>900 Jackson St., No. 180<br>Dallas, TX 75202-4437 | Deutsche Bank National Trust Co.<br>1761 East St. Andrews Place<br>Santa Ana, CA 92705-4934 | Donn A. Randall<br>Bulkley Richardson & Gelinas LLP<br>98 North Washington St., No. 500<br>PO Box 6329<br>Boston, MA 02114-0016 |
| Dorchester Real Estate, Inc.<br>1544 Dorchester Ave.<br>Dorchester, MA 02122-1328 | Dorea Smith<br>CO Geoffrey A. Domenico<br>171 Washington St.<br>North Easton, MA 02356-1118 | Douglas A. Robertson<br>Martin, Magnuson, ET AL<br>101 Merrimac St.<br>Boston, MA 02114-4776 |
| EB Real Estate Group, Inc.<br>1532 Dorchester Ave.<br>Dorchester, MA 02122-1319 | Elizabeth Grace Smith<br>Law Offices of Elizabeth G. Smith<br>6655 First Park Ten, Suite 250<br>San Antonio, TX 78213-4305 | Ethel Hill CO Susan M. Simone<br>Staff Attorney Land of Lincoln<br>Legal Assistance Foundation, Inc.<br>8787 State Street, Suite 101<br>East St. Louis, IL 62203-2026 |
| Federal Deposit Insurance Corp.<br>As Receiver for NetBank<br>1601 Bryan Street, 36th Floor<br>Dallas, TX 75201-3430 | First American Title Company<br>900 Pier View Dr., Suite 110<br>Idaho Falls, ID 83402-4972 | First American Title Ins. Co. of Oregon<br>222 SW Columbia St., 4th Fl.<br>Portland, OR 97201-6600 |
| Frances J. Darden<br>374 Harvard Street<br>Dorchester, MA 02124-2714 | Freemont Investment & Loan nka<br>Freemont Reorganization Corporation<br>5404 Cypress Center Dr., No. 300<br>Tampa, FL 33609-1023 | Fremont Investment & Loan<br>2727 E. Imperial Hwy.<br>Brea, CA 92821-6713 |
| Gary L. Lieberman, Esq.<br>30195 Chagrin Blvd., No. 300<br>Pepper Pike, OH 44124-5703 | Geoffrey A. Domenico<br>Piscitelli, Domenico & Murphy, LLP<br>171 Washington St.<br>North Easton, MA 02356-1118 | Global Markets Realty Corp.<br>CO Wells Fargo Bank, N.A.S.C.<br>3476 Stateview Blvd.<br>Fort Mill, SC 29715-7203 |
| GMAC dba DiTech.com<br>100 Witmer Rd.<br>Horsham, PA 19044-2251 | Greater Cincinnati Water Works<br>4747 Spring Grove Ave.<br>Cincinnati, OH 45232-1986 | Homecomings Financial Services, LLC<br>3451 Hammond Ave.<br>Waterloo, IA 50702-5345 |
| HomEq, Inc. aka HomEq Servicing<br>4837 Watt Ave.<br>North Highlands, CA 95660-5108 | Integrated Filing Systems<br>PO Box 8550<br>La Verne, CA 91750-8550 | Iron Mountain<br>PO Box 601002<br>Los Angeles, CA 90060-1002 |
| Iron Mountain<br>PO Box 27128<br>New York, NY 10087-7128 | J. Patrick Kennedy<br>Bulkley Richardson & Gelnias LLP<br>98 North Washington St., No. 500<br>PO Box 6329<br>Boston, MA 02114-0016 | James F. McLaughlin<br>McLaughlin, McLaughlin & McLaughlin<br>1135 North Main Street<br>Brockton, MA 02301-1539 |

Jay S. Gregory
LeClair Ryan, PC
Two International Place
Boston, MA 02110-4104

Jeffrey Lubsch & New Millennium Mortgage
9775 Grandview Dr.
St. Louis, MO 63132

Jeffrey S. Baker
Baker & Associates
2 West Hill Place, No. 100
Boston, MA 02114-3265

Joel D. Hillygus
Murphy & Riley PC
141 Tremont St.
Boston, MA 02111-1209

John J. Amman
St. Louis University Law Clinic
321 North Spring
St. Louis, MO 63108-3638

John L. Gilbert
Hinshaw & Culbertson LLP
156 North Main St., Suite 206
Edwardsville, IL 62025-1972

John R. Bauer
Robinson & Cole LLP
One Boston Place, 25th Fl.
Boston, MA 02108-4407

Jonathan D. Plaut
Chardon Law Offices
One State Street, 12th Floor
Boston, MA 02109-3507

Joseph A. King
Murphy & Riley PC
141 Tremont St.
Boston, MA 02111-1209

LaMarco Bownes
Peach & Pep Construction Co.
MLM Works
CO 2209 Larbrook Dr.
Florissant, MO 63031-2817

Larry E. Hepler & Troy A. Bozarth
Hepler, Broom, MacDonald, ET AL
103 West Vandalia, Suite 300
PO Box 510
Edwardsville, IL 62025-0510

LaSalle Bank Corp. dba LaSalle Bank, N.A
135 S. LaSalle Street
Chicago, IL 60603-4177

Louis G. Bertucci
1245 Hancock St., Suite 2
Quincy, MA 02169-4364

Maria Biron, Esq.
Lerner Sampson Rothfuss
PO Box 5480
Cincinnati, OH 45201-5480

Maria Dasilva
CO Jeffrey S. Baker
Baker & Associates
2 West Hill Place, No. 100
Boston, MA 02114-3265

Mark C. Willis, Esq.
Todd L. Willis, Esq.
Willis & Willis
670 West Market St.
Akron, OH 44303-1448

Mark G. Schroeder
Briggs & Morgan, P.A.
2200 IDS Center
80 South Eight Street
Minneapolis, MN 55402-2100

Martha Miller
4300 East Broadway
East St. Louis, IL 62207-2724

Marvis Bownes
Inmate No. 06016-025
FMCDevens, Federal Medical Center
PO Box 879
Ayers, MA 01432-0879

Mary Alys Azzarito
Murphy & Riley
141 Tremont St.
Boston, MA 02111-1209

Matthew B. Weisberg
Prochniak & Weisberg PC
7 S. Morton Ave.
Morton, PA 19070-1707

Matthew J. Fairless
Elizabeth M. Chostner
Hazelwood & Weber LLC
200 North Third Street
St. Charles, MO 63301-2813

Max Weinstin, Esq.
Legal Services Center
122 Boylston St.
Jamaica Plain, MA 02130-2246

Merrill Lynch Mortgage Lending Inc.
4 World Trade Center
New York, NY 10080-0001

Metro East Title CO
Robert G. Wuller
5 Park Plaza Professional Centre
PO Box 20070
Belleville, IL 62226-0070

Michael Ferry
Gateway Legal Services, Inc.
200 North Broadway, Suite 950
St. Louis, MO 63102-2776

Michael J. Markoff, Esq.
184 Jones Road
PO Box 212
Falmouth, MA 02541-0212

Mid City Mortgage LLC
15 Joanne Rd.
Stoughton, MA 02072-3949

Mildren Design Group
7650 SW Beveland St., No. 120
Tigard, OR 97223-8692

Mortgage Electronic Registration Systems
G4318 Miller Road
PO Box 2026
Flint, MI 48501-2026

Mortgage Electronic Registration Systems
1595 Spring Hill Rd., No. 310
Vienna, VA 22182-2228

Mortgage Now, Inc.
CO Evert Bice
Statutory Agent
1210 Lakeview Ave.
Saybrook, OH 44004-2021

Mother Goose Balloons & Helium, Inc.
270 Route 9 North, Suite 100
Manalapan, NJ 07726-9217

Nancy M. Cremins
Robinson & Cole LLP
One Boston Place
Boston, MA 02108-4404

New England Merchants Corp.
1173 Massachusetts Ave.
Arlington Heights, MA 02476-4239

New England Mortgage Corp.
1173 Massachusetts Ave.
Arlington Heights, MA 02476-4239

New Vision Value Homes, Inc.
Attn: David Wethy, Registered Agent
304 Wilshire Ct.
Cedar Hill, TX 75104-6706

New York State Dept. of
Taxation and Finance
Civil Enforcement Central Office
W.A. Harriman Campus
Albany, NY 12227-0001

Nexsen Pruet Adams Kleemeier, LLC
PO Drawer 2426
Columbia, SC 29202-2426

Nicola G. Suglia
Fleischer Fleischer & Suglia
Plaza 1000 at Main St., Suite 208
Voorhees, NJ 08043-4633

Norwest Mortgage
CO Matthew J. Fairless
Hazelwood & Weber LLC
200 North Third Street
St. Charles, MO 63301-2813

Pacific Cascade Towncar Service
125 SE Clay Street
Portland, OR 97214-3300

Paul Michienzie, Esq.
Christopher J. DeCosta, Esq.
Michienzie & Sawin, LLC
745 Boylston Street
Boston, MA 02116-2698

Peter J. Moser
Robinson & Cole LLC
One Boston Place
Boston, MA 02108-4404

Pitney Bowes Bank dba Purchase Power
PO Box 856042
Louisville, KY 40285-6042

Pitney Bowes Credit Corp.
CO Dyne, Friedland & Omrani
PO Box 827
Woodland Hills, CA 91365-0827

Pitney Bowes Credit Corp.
CO Caine & Weiner
PO Box 5010
Woodland Hills, CA 91365-5010

Prince, Lobel, Glovsky & Tye, LLP
100 Cambridge St., Suite 2200
Boston, MA 02114-2527

Rachel Noyes
850 S.W. Lighthouse Drive
Palm City, FL 34990-4507

Republic Services
770 E. Sahara Ave.
PO Box 98508
Las Vegas, NV 89193-8508

Resource BancShares
CO Roger Heidenrich
Sonnenschien, Nath & Rosenthal
One Metropolitan Square, No. 3000
St. Louis, MO 63102-2741

Robert G. Wuller
Neville, Richards & Wuller
5 Park Place Professional Centre
PO Box 20070
Belleville, IL 62226-0070

Robert Holman, Esq.
McDonald, Frank, ET AL
PO Box 46390
Cleveland, OH 44146-0390

Robert Smith
CO Jonathan D. Plaut
One State Street, 12th Floor
Boston, MA 02109-3507

Roberta Robinson
141 Dakota St., #3
Boston, MA 02124-1224

Roger Bertling
Legal Services Center
122 Boylston Street
Jamaica Plain, MA 02130-2246

Roger E. Gottlieb
Andrew LeMar
Dykema Gossett, PLLC
10 S. Wacker Dr., Suite 2300
Chicago, IL 60606-7439

Roger Heidenrich
Sonnenschien, Nath & Rosenthal
One Metropolitan Square, No. 3000
St. Louis, MO 63102-2741

Saxon Capital Inc.
4708 Mercantile Drive North
Fort Worth, TX 76137-3605

State of Alabama
Dept. of Revenue
50 North Ripley Street
Montgomery, AL 36132-0001

| | | |
|---|---|---|
| Steven V. Stenger<br>Klar, Izsak & Stenger, LLC<br>1505 South Big Bend Blvd.<br>St. Louis, MO 63117-2205 | Sylvia Neumann<br>Pierce & Associates, P.C.<br>1 North Dearborn, No. 1300<br>Chicago, IL 60602-4331 | Thomas K. McCraw, Jr.<br>LeClair Ryan, PC<br>11th Floor, One International Place<br>Boston, MA 02110 |
| Thomas N. Palermo<br>Asst. U.S. Attorney<br>400 N. Tampa St., No. 3200<br>Tampa, FL 33602-4798 | Ticor Title Insurance<br>10135 SE Sunnyside Road, Suite 200<br>Clackamas, OR 97015-5729 | Trophenia Kineard<br>CO Derrick J. Hahn & Corey R. Herrick<br>Hahn Law Firm, P.C.<br>900 Jackson Street, No. 180<br>Dallas, TX 75202-4437 |
| U.S. Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-1011 | Wells Fargo Home Mortgage, Inc.<br>CO Matthew Fairless<br>Hazelwood & Weber LLC<br>200 North Third Street<br>St. Charles, MO 63301-2813 | Wisconsin Dept. of Revenue<br>PO Box 930208<br>Milwaukee, WI 53293-0208 |