Sam E. Taylor, Jr.
State Bar No. 24035600
Federal Deposit Insurance Corporation
Legal Division
1601 Bryan Street, 15th Floor
Dallas, Texas 75201-3430
972-761-8142
SaTaylor@FDIC.gov
Attorney for FDIC

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | |
| MERITAGE MORTGAGE CORPORATION § | CASE NO. 09-30971-SGJ-7 |
| § | |
| DEBTOR § | |

### FDIC'S MOTION FOR RELIEF FROM AUTOMATIC STAY

**PURSUANT TO LOCAL BANKRTUPCY RULE 4001-1(b), A RESPONSE IS REQUIRED TO THIS MOTION, OR THE ALLEGATIONS IN THE MOTION MAY BE DEEMED ADMITTED, AND AN ORDER GRANTING THE RELIEF SOUGHT MAY BE ENTERED BY DEFAULT.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 1100 COMMERCE STREET, ROOM 1254, DALLAS, TX 75242-1496, BEFORE CLOSE OF BUSINESS ON JUNE 21, 2011, WHICH IS AT LEAST 14 DAYS FROM THE DATE OF SERVICE HEREOF. A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY AND ALSO ON THE TRUSTEE AT 509 N. MONTCLAIR AVENUE, DALLAS, TX 75208. ANY RESPONSE SHALL INCLUDE A DETAILED AND COMPREHENSIVE STATEMENT AS TO HOW THE MOVANT CAN BE "ADEQUATELY PROTECTED" IF THE STAY IS TO BE CONTINUED.**

**To The Honorable Stacey G.C. Jernigan, U. S. Bankruptcy Judge**:

The Federal Deposit Insurance Corporation ("Movant" or "FDIC") files this Motion for Relief from Automatic Stay ("Motion") and would respectfully show the Court as follows:

1. Jurisdiction is based on 28 U.S.C. § 1334, 28 U.S.C. § 157, 11 U.S.C. § 362(d), and N.D. Tex. L.B.R. 4001-1.

2. The FDIC is a corporation and instrumentality of the United States of America, organized and existing under the laws of the United States of America pursuant to 12 U.S.C. § 1811 et seq. The FDIC brings this action pursuant to 12 U.S.C. §1819(a) in its capacity as Receiver of NetBank, FSB.

3. On or before September 27, 2007, NetBank was a Federal Savings Bank with its principal place of business at 1015 Windward Ridge Parkway, Alpharetta, Georgia 30005.

4. NetBank's deposits were insured by the FDIC.

5. Pursuant to Order No. 2007-43 issued by the Office of Thrift Supervision on September 27, 2007, the FDIC was appointed as Receiver of NetBank.

6. On September 28, 2007, the FDIC accepted its appointment as Receiver of NetBank in accordance with the Federal Deposit Insurance Act, as amended, by Receiver-In-Charge, Robert Schoppe. On the same date, NetBank's bank charter was revoked and all of its assets were placed in FDIC Receivership.

7. The FDIC has a substantial legal interest in the subject matter of this case because, as Receiver of NetBank and by express operation of law, the FDIC assumes all rights, titles, powers, privileges, and operations of NetBank. In this case, NetBank has failed and no longer operates as a financial institution. The FDIC has assumed complete control of NetBank and all of its assets as its Receiver. Once the FDIC became Receiver for NetBank,

all of its interests were transferred to the FDIC. See 12 U.S.C. § 1821(d)(2). As such, the FDIC now operates as NetBank's successor in interest. See 12 U.S.C. § 1821(d)(2)(A).

8. On February 17, 2009, Debtor, Meritage Mortgage Corporation, filed its Chapter 7 petition herein.

9. On or about July 1, 2004, NetBank entered into an agreement with the Debtor, as evidenced by that Inter-Company Credit Agreement ("Credit Agreement") attached hereto, identified as Movant's Exhibit 1, and made a part hereof by this reference.

10. NetBank secured the Credit Agreement on or about January 23, 2007, as evidenced by that Security Agreement ("Security Agreement") attached hereto, identified as Movant's Exhibit 2, and made a part hereof by this reference.

11. NetBank properly perfected its security interests by filing a State of Florida Uniform Commercial Code Financing Statement Form UCC-1 on January 24, 2007, a copy of which is attached hereto, identified as Movant's Exhibit 3, and made a part hereof by this reference.

12. NetBank further perfected its security interests by filing a State of Oregon UCC Uniform Commercial Code Financing Statement Form UCC-1 on January 26, 2007, a copy of which is attached hereto, identified as Movant's Exhibit 4, and made a part hereof by this reference.

13. Pursuant to the Security Agreement, the Debtor granted a security interest to NetBank in most of the Debtor's assets, including without limitation, *general intangibles,* which includes chose and/or things in action, including without limitation, cause(s) of action regarding mortgage-loan-related negligence and/or fraud, commercial tort claims, including without limitation, against appraiser(s), settlement agents and related companies, title underwriters, and/or any entity involved with a mortgage transaction funded by the Debtor relating to the following residential mortgage loans (collectively "CIA"):

| Borrower | Principal Loss | Interest | Total Loss |
|---|---|---|---|
| Jason Peterson | $480,589 | $228,279 | $708,868 |
| Dionne Jackson | $72,438 | $30,786 | $103,224 |
| Eugene Carlisle | $248,458 | $111,806 | $360,264 |
| Orlando Calvin | 395,000 | $171,035 | $566,035 |
| Felicia Ikebude | $218,376 | | $218,376 |
| Anthony Lewis | $253,682 | | $253,682 |
| Mohammed Mamun | $265,000 | $90,365.22 | $355,365.22 |
| Total | $1,933,543 | $632,271 | $2,565,814.22 |

14. The total amount of the CIA loss/damages due to FDIC is $2,565,814.22. The CIA losses are not all recoverable in mortgage negligence/fraud lawsuits and there is a significant cost in legal fees involved so the actual value of the CIA losses is significantly less than $2,565,814.22, however for the purposes of this action, the value of the CIA will be assumed to be $2,565,814.22.

15. The amount due from the Debtor to the FDIC is $14,092,218.85, as is reflected in the Debtor's Schedule F [DE 1 Page 22 of 69].

16. The FDIC lacks adequate protection of its interests in the CIA.

17. Cause exists for lifting the automatic stay imposed by § 362 of the Bankruptcy Code to permit the FDIC to enforce its rights under the Credit Agreement and/or Security Agreement as the funds due under the Credit Agreement have not been paid, inter alia, since well before the petition date.

18. The FDIC has been and continues to be irreparably injured by the stay of §362 of the Bankruptcy Code that prevents the FDIC from enforcing its rights in the CIA under the Credit Agreement and/or Security Agreement.

19. The Debtor lacks sufficient equity in the CIA and the CIA are not necessary to an effective reorganization by the Debtor.

20. The FDIC requests waiver of the stay imposed by § 362(a)(3) of the Bankruptcy Code.

WHEREFORE, Movant prays that, upon hearing the Court grant relief from the automatic stay as per § 362(d)(1) and (2) of the Bankruptcy Code, for cause on the basis that insufficient or no equity exists in the CIA, the subject of the Motion. The term "CIA" shall mean *general intangibles* including chose and/or things in action, including without limitation, cause(s) of action regarding mortgage-loan-related negligence and/or fraud, commercial tort claims, including without limitation, against appraiser(s), settlement agents and related companies, title underwriters, and/or any entity involved with mortgage transactions funded by the Debtor relating to the following residential mortgage loans; Jason Peterson, Dionne Jackson, Eugene Carlisle, Orlando Calvin, Felicia Ikebude, Anthony Lewis, Mohammed Mamun ("Loans"), that were pledged to NetBank by Debtor and are now owned by Movant. All of the same CIA is described in the Motion and is incorporated herein by reference for all purposes. Movant is not adequately protected in the CIA. Movant continues to be prejudiced and suffer economic loss to its secured interest in the CIA. Movant requests that the automatic stay be terminated, effective immediately upon entry by the Court, notwithstanding the 14-day stay required by Fed. R. Bankr. P. 4001(a)(3), as to the claim of Movant to permit Movant (or Movant's future transferees, successors or assigns), to seek any or all of its statutory, contractual, or other available remedies, specifically that Movant (or such future transferees, successors or assigns), be permitted to pursue its cause(s) of action regarding mortgage-loan-related negligence and/or fraud and commercial tort claims, including without limitation, against appraiser(s), settlement agents and related companies, title underwriters, and/or any entity involved with the Loans. In the alternative, in the event that the automatic stay is not lifted, pursuant to 11 U.S.C. §362(e), Movant requests that Debtor be required to provide satisfactory

adequate protection to Movant. Finally, Movant requests all further relief to which Movant may be justly entitled.

                                                      Respectfully submitted,

                                                     /s/ Sam E. Taylor, Jr.
                                                   Sam E. Taylor, Jr.
                                                   State Bar No. 24035600
                                                   Federal Deposit Insurance Corporation
                                                   Legal Division
                                                   1601 Bryan Street, 15th Floor
                                                   Dallas, Texas  75201-3430
                                                   972-761-8142
                                                   SaTaylor@FDIC.gov
                                                   Attorney for FDIC

## Certificate of Conference and Certificate of Service

      I hereby certify that I have conferred with Elizabeth Grace Smith, attorney for Debtor, and she advised that the Debtor is not opposed to the relief requested in this Motion. On June 1 and June 3, 2011, I left a message for Trustee Daniel J. Sherman, who had not returned my calls as of the time of the filing of this Motion.

      I hereby further certify that on June 3, 2011, the foregoing Motion was forwarded to all interested parties as listed on the attached service list via electronic transmission, or via regular first-class mail, postage prepaid, on June 6, 2011.

                                                               /s/  Sam E. Taylor, Jr.
                                                                  Sam E. Taylor, Jr.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-3<br>Case 09-30971-sgj7<br>Northern District of Texas<br>Dallas<br>Fri Jun  3 13:38:12 CDT 2011 | Litton Loan Servicing, LP<br>P. O. Box 829009<br>Dallas, Tx 75382-9009 | Sherman & Yaquinto, LLP<br>509 N. Montclair Avenue<br>Dallas, TX 75208-5498 |
| 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242-1305 | A & D Appraisal Services, Inc.<br>CO Daniel E. Rogan<br>Statutory Agent<br>5651 Newton Falls Rd<br>Ravenna, OH 44266-8797 | Americas Servicing Company<br>CO Statutory Agent<br>P. Ronald Sabatino<br>3895 Stoneridge Lane<br>Dublin, OH 43017-2152 |
| Amie R. Pelletier<br>Robinson & Cole, LLP<br>One Boston Place, Suite 2500<br>Boston, MA 02108-4404 | Andrew J. Dorman<br>Kevin J. Shebesta<br>Janik & Dorman, LLP<br>9200 South Hills Blvd., No. 300<br>Cleveland, OH 44147-3524 | Ann L. Wehener<br>Brennan, Manna & Diamond LLC<br>75 East Market St.<br>Akron, OH 44308-2010 |
| Ann P. Goodman<br>McCullough, Campbell & Lane, LLP<br>205 N. Michigan Ave., Suite 4100<br>Chicago, IL 60601-5993 | Anthony R. Brighton<br>Martin, Magnuson, et al<br>101 Merrimac St.<br>Boston, MA 02114-4776 | B. Bradley & Associates, Inc.<br>dba Bradley Financial Group<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808-1645 |
| Bank One CO<br>John L. Gilbert<br>Hinshaw & Culbertson LLP<br>156 North Main St., Suite 206<br>Edwardsville, IL 62025-1972 | Bank One CO<br>Larry E. Hepler & Troy A. Bozarth<br>103 West Vandalia, Suite 300<br>PO Box 510<br>Edwardsville, IL 62025-0510 | Bashir Bradley<br>dba Bradley Financial Group<br>2711 Centerville Road, No. 400<br>Wilmington, DE 19808-1645 |
| Bizeats Inc.<br>8095 SW Nimbus Dr.<br>Beaverton, OR 97008-6439 | Blue Bird Transfer, Inc.<br>7555 SW Tech Center Drive<br>Portland, OR 97223-8053 | Brian M. Fleisher<br>Fleischer Fleischer & Suglia<br>1800 John F. Kennedy Blvd., 20th Fl.<br>Philadelphia, PA 19103-7412 |
| Briggs & Morgan PA<br>2200 First National Bank Bldg.<br>St. Paul, MN 55101 | Briggs and Morgan<br>Professional Association<br>Attn: Shannon E. Gherty<br>2200 IDS Center, 80 S. Eighth St.<br>Minneapolis, MN 55402 | Bryan Skelton<br>Reed, Armstrong, et al<br>115 North Buchanan<br>PO Box 368<br>Edwardsville, IL 62025-0368 |
| Cecely Chapman<br>533 S. 2nd Street<br>Colwyn, PA 19023-3106 | Champagne Associates Real Estate<br>CO Opulent Realty, Inc.<br>358A Centre Street<br>Jamaica Plain, MA 02130-1208 | Cherry Jenkins<br>CO Geoffrey A. Domenico<br>Piscitelli Domenico & Murphy, LLP<br>171 Washington Street<br>North Easton, MA 02356-1118 |
| Christopher J. Fein<br>Fein Law Office<br>186 Forbes Rd., Suite 230<br>Braintree, MA 02184-2637 | City & County of Denver<br>Community Planning & Dev.<br>201 W. Colfax Ave., Dept. 205<br>Denver, CO 80202-5330 | City of Chicago<br>CO Maria Azloz-Zas<br>Dept. of Law, Rm 700<br>30 North LaSalle Street<br>Chicago, IL 60602-4055 |
| City of Chicago<br>CO Wexler & Wexler<br>500 W. Madison St., Suite 2910<br>Chicago, IL 60661-4571 | City of Philadelphia<br>care of Ashely M. Chan, Esq.<br>Hangley Aronchick Segal & Pudlin<br>One Logan Square, 27th Fl.<br>Philadelphia, PA 19103-6995 | Colorado Dept. of Labor & Employment<br>PO Box 956<br>Denver, CO 80201-0956 |

| | | |
|---|---|---|
| Commercial Contractors Inc.<br>1265 S. 35th Place<br>Ridgefield, WA 98642-9303 | Corey R. Herrick<br>Hahn Law Firm, P.C.<br>900 Jackson St., Suite 180<br>Dallas, TX 75202-4437 | (c)CYNTHIA FISCHER<br>LERNER, SAMPSON & ROTHFUSS<br>120 E 4TH ST STE 400<br>CINCINNATI OH  45202-4010 |
| Daniel A. Leonardo<br>Bulkley Richardson & Gelinas LLP<br>98 North Washington St., No. 500<br>PO Box 6329<br>Boston, MA 02114-0016 | Daniel C. Malone, Esq.<br>Dechert LLP<br>30 Rockefeller Plaza<br>New York, NY 10112-0015 | David & Sandra Sokolousky<br>CO Mark C Willis, Esq.<br>670 W. Market Street<br>Akron, OH 44303-1448 |
| David M. Rosen, Esq.<br>Harmon Law Offices<br>PO Box 610389<br>Newton Highlands, MA 02461-0389 | David Wethy<br>2360 Mystic Shore Dr.<br>Cedar Hill, TX 75104-6717 | Dean J. Wagner, Esq.<br>Shechtman Halperin Savage, LLP<br>1080 Main St.<br>Pawtucket, RI 02860-4847 |
| Dept. of Revenue<br>Administrative Hearings<br>City Hall, Room 107A<br>121 N. LaSalle St.<br>Chicago, IL 60602-1202 | Derrick J. Hahn<br>Hahn Law Firm, P.C.<br>900 Jackson St., No. 180<br>Dallas, TX 75202-4437 | Deutsche Bank National Trust Co.<br>1761 East St. Andrews Place<br>Santa Ana, CA 92705-4934 |
| Donn A. Randall<br>Bulkley Richardson & Gelinas LLP<br>98 North Washington St., No. 500<br>PO Box 6329<br>Boston, MA 02114-0016 | Dorchester Real Estate, Inc.<br>1544 Dorchester Ave.<br>Dorchester, MA 02122-1328 | Dorea Smith<br>CO Geoffrey A. Domenico<br>171 Washington St.<br>North Easton, MA 02356-1118 |
| Douglas A. Robertson<br>Martin, Magnuson, et al<br>101 Merrimac St.<br>Boston, MA 02114-4776 | Dwight Jenkins<br>50 Stacy Street<br>Randolph, MA 02368-1939 | EB Real Estate Group, Inc.<br>1532 Dorchester Ave.<br>Dorchester, MA 02122-1319 |
| Ethel Hill<br>CO Susan M. Simone<br>8787 State Street, Suite 101<br>East St. Louis, IL 62203-2026 | Federal Deposit Insurance Corp.<br>As Receiver for NetBank<br>1601 Bryan Street, 36th Floor<br>Dallas, TX 75201-3430 | First American Title Company<br>PO Box 3432<br>Idaho Falls, ID 83403-3432 |
| First American Title Ins. Co. of Oregon<br>222 SW Columbia St., 4th Fl.<br>Portland, OR 97201-6600 | Frances J. Darden<br>374 Harvard Street<br>Dorchester, MA 02124-2714 | Freemont Investment & Loan<br>Freemont Reorganization Corporation<br>5404 Cypress Center Dr., No. 300<br>Tampa, FL 33609-1023 |
| Fremont Investment & Loan<br>2727 E. Imperial Hwy.<br>Brea, CA 92821-6713 | GMAC dba DiTech.com<br>100 Witmer Rd.<br>Horsham, PA 19044-2251 | Gary L. Lieberman, Esq.<br>30195 Chagrin Blvd., No. 300<br>Pepper Pike, OH 44124-5703 |
| Geoffrey A. Domenico<br>Piscitelli, Domenico & Murphy, LLP<br>171 Washington St.<br>North Easton, MA 02356-1118 | Global Markets Realty Corp.<br>CO Wells Fargo Bank, N.A.S.C.<br>3476 Stateview Blvd.<br>Fort Mill, SC 29715-7203 | (p)GREATER CINCINNATI WATER WORKS<br>4747 SPRING GROVE AVE<br>ATTN BANKRUPTCY DESK<br>CINCINNATI OH  45232-1986 |

| | | |
|---|---|---|
| HomEq, Inc. aka HomeEq Servicing<br>4837 Watt Ave.<br>North Highlands, CA 95660-5108 | Homecomings Financial Services, LLC<br>3451 Hammond Ave.<br>Waterloo, IA 50702-5345 | Integrated Filing Systems<br>PO Box 8550<br>La Verne, CA 91750-8550 |
| Iron Mountain<br>PO Box 27128<br>New York, NY 10087-7128 | Iron Mountain<br>PO Box 601002<br>Los Angeles, CA 90060-1002 | J. Patrick Kennedy<br>Bulkley Richardson & Gelnias LLP<br>98 North Washington St., No. 500<br>PO Box 6329<br>Boston, MA 02114-0016 |
| James F. McLaughlin<br>McLaughlin, McLaughlin & McLaughlin<br>1135 North Main Street<br>Brockton, MA 02301-1539 | Jay S. Gregory<br>LeClair Ryan, PC<br>Two International Place<br>Boston, MA 02110-4104 | Jeffrey Lubsch & New Millennium Mortgage<br>9775 Grandview Dr.<br>St. Louis, MO 63132 |
| Jeffrey S. Baker<br>Baker & Associates<br>2 West Hill Place, No. 100<br>Boston, MA 02114-3265 | Joel D. Hillygus<br>Murphy & Riley PC<br>141 Tremont St.<br>Boston, MA 02111-1209 | John J. Amman<br>St. Louis University Law Clinic<br>321 North Spring<br>St. Louis, MO 63108-3638 |
| John L. Gilbert<br>Hinshaw & Culbertson LLP<br>156 North Main St., Suite 206<br>Edwardsville, IL 62025-1972 | John R. Bauer<br>Robinson & Cole LLP<br>One Boston Place, 25th Fl.<br>Boston, MA 02108-4407 | Jonathan D. Plaut<br>Chardon Law Offices<br>One State Street, 12th Floor<br>Boston, MA 02109-3507 |
| Joseph A. King<br>Murphy & Riley PC<br>141 Tremont St.<br>Boston, MA 02111-1209 | June A. Mann<br>Mann & Stevens, P.C.<br>550 Westcott, Suite 560<br>Houston, TX 77007-9000 | LaMarco Bownes<br>Peach & Pep Construction Co.<br>MLM Works<br>CO 2209 Larbrook Dr.<br>Florissant, MO 63031-2817 |
| LaSalle Bank Corp. dba LaSalle Bank, N.A<br>135 S. LaSalle Street<br>Chicago, IL 60603-4177 | Larry E. Hepler & Troy A. Bozarth<br>Hepler, Broom, MacDonald, et al<br>103 West Vandalia, Suite 300<br>PO Box 510<br>Edwardsville, IL 62025-0510 | Law Offices of Elizabeth G Smith<br>6655 First Park Ten<br>Suite 250<br>San Antonio, TX 78213-4305 |
| Litton Loan Servicing, LP<br>P.O. Box 829009<br>Dallas, Texas 75382-9009 | Louis G. Bertucci<br>1245 Hancock St., Suite 2<br>Quincy, MA 02169-4364 | Maria Biron, Esq.<br>Lerner Sampson Rothfuss<br>PO Box 5480<br>Cincinnati, OH 45201-5480 |
| Maria Dasilva<br>CO Jeffrey S. Baker<br>Baker & Associates<br>2 West Hill Place, No. 100<br>Boston, MA 02114-3265 | Mark C. Willis, Esq.<br>Todd L. Willis, Esq.<br>Willis & Willis<br>670 West Market St.<br>Akron, OH 44303-1448 | Mark G. Schroeder<br>Briggs & Morgan, P.A.<br>2200 IDS Center<br>80 South Eight Street<br>Minneapolis, MN 55402-2157 |
| Martha Miller<br>4300 East Broadway<br>East St. Louis, IL 62207-2724 | Marvis Bownes<br>Inmate No. 06016-025<br>FMCDevens, Federal Medical Center<br>PO Box 879<br>Ayers, MA 01432-0879 | Mary Alys Azzarito<br>Murphy & Riley<br>141 Tremont St.<br>Boston, MA 02111-1209 |

| | | |
|---|---|---|
| Matthew B. Weisberg<br>Prochniak & Weisberg PC<br>7 S. Morton Ave.<br>Morton, PA 19070-1707 | Matthew J. Fairless<br>Elizabeth M. Chostner<br>Hazelwood & Weber LLC<br>200 North Third Street<br>St. Charles, MO 63301-2813 | Max Weinstein<br>WilmerHale Legal Services<br>Center of Harvard Law School<br>122 Boylston St.<br>Jamaica Plain, MA 02130-2250 |
| Max Weinstin, Esq.<br>Legal Services Center<br>122 Boylston St.<br>Jamaica Plain, MA 02130-2246 | Meritage Mortgage Corporation<br>1601 Bryan Street, Suite 19034<br>Dallas, TX 75201-3430 | Merrill Lynch Mortgage Lending Inc.<br>4 World Trade Center<br>New York, NY 10080-0001 |
| Metro East Title CO<br>Robert G. Wuller<br>5 Park Plaza Professional Centre<br>PO Box 20070<br>Belleville, IL 62226-0070 | Michael Ferry<br>Gateway Legal Services, Inc.<br>200 North Broadway, Suite 950<br>St. Louis, MO 63102-2776 | Michael J. Markoff, Esq.<br>184 Jones Road<br>PO Box 212<br>Falmouth, MA 02541-0212 |
| Mid City Mortgage LLC<br>15 Joanne Rd.<br>Stoughton, MA 02072-3949 | Mildren Design Group<br>7650 SW Beveland St., No. 120<br>Tigard, OR 97223-8692 | Mortgage Electronic Registration Systems<br>1595 Spring Hill Rd., No. 310<br>Vienna, VA 22182-2228 |
| Mortgage Electronic Registration Systems<br>G4318 Miller Road<br>PO Box 2026<br>Flint, MI 48501-2026 | Mortgage Now, Inc.<br>CO Evert Bice<br>Statutory Agent<br>1210 Lakeview Ave.<br>Saybrook, OH 44004-2021 | Mother Goose Balloons & Helium, Inc.<br>270 Route 9 North, Suite 100<br>Manalapan, NJ 07726-9217 |
| Nancy M. Cremins<br>Robinson & Cole LLP<br>One Boston Place<br>Boston, MA 02108-4404 | New England Merchants Corp.<br>1173 Massachusetts Ave.<br>Arlington Heights, MA 02476-4239 | New England Mortgage Corp.<br>1173 Massachusetts Ave.<br>Arlington Heights, MA 02476-4239 |
| New Vision Value Homes, Inc.<br>Attn: David Wethy, Registered Agent<br>304 Wilshire Ct.<br>Cedar Hill, TX 75104-6706 | New York State Dept. of Taxation and Finance<br>Bankruptcy Section<br>PO Box C 200<br>Albany, NY 12205-0300 | Nexsen Pruet Adams Kleemeier, LLC<br>PO Drawer 2426<br>Columbia, SC 29202-2426 |
| Nicola G. Suglia<br>Fleischer Fleischer & Suglia<br>Plaza 1000 at Main St., Suite 208<br>Voorhees, NJ 08043-4633 | Norwest Mortgage<br>CO Matthew J. Fairless<br>Hazelwood & Weber LLC<br>200 North Third Street<br>St. Charles, MO 63301-2813 | Ohio Department of Taxation<br>Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43216-0530 |
| Pacific Cascade Towncar Service<br>125 SE Clay Street<br>Portland, OR 97214-3300 | Paul Michienzie, Esq.<br>Christopher J. DeCosta, Esq.<br>Michienzie & Sawin, LLC<br>745 Boylston Street<br>Boston, MA 02116-2698 | Peter J. Moser<br>Robinson & Cole LLC<br>One Boston Place<br>Boston, MA 02108-4404 |
| Pitney Bowes Bank dba Purchase Power<br>PO Box 856042<br>Louisville, KY 40285-6042 | Pitney Bowes Credit Corp.<br>CO Caine & Weiner<br>PO Box 5010<br>Woodland Hills, CA 91365-5010 | Pitney Bowes Credit Corp.<br>CO Dyne, Friedland & Omrani<br>PO Box 827<br>Woodland Hills, CA 91365-0827 |

| | | |
|---|---|---|
| Prince, Lobel, Glovsky & Tye, LLP<br>100 Cambridge St., Suite 2200<br>Boston, MA 02114-2527 | RKelley-Law, P.C.<br>Braintree Hill Office Park<br>1 Rockdale St., Suite 200<br>Braintree, MA 02184-1770 | Rachel Noyes<br>850 S.W. Lighthouse Drive<br>Palm City, FL 34990-4507 |
| Republic Services<br>770 E. Sahara Ave.<br>PO Box 98508<br>Las Vegas, NV 89193-8508 | Resource BancShares<br>CO Roger Heidenrich<br>Sonnenschien, Nath & Rosenthal<br>One Metropolitan Square, No. 3000<br>St. Louis, MO 63102-2741 | Robert E. Kelley<br>Braintree Hill Office Park<br>1 Rockdale St., Suite 200<br>Braintree, MA 02184-1770 |
| Robert G. Wuller<br>Neville, Richards & Wuller<br>5 Park Place Professional Centre<br>PO Box 20070<br>Belleville, IL 62226-0070 | Robert Holman, Esq.<br>McDonald, Frank, et al<br>PO Box 46390<br>Cleveland, OH 44146-0390 | Robert Smith<br>CO Jonathan D. Plaut<br>One State St., 12th flr.<br>Boston, MA 02109-3507 |
| Robert Smith<br>CO Jonathan D. Plaut<br>One State Street, 12th Floor<br>Boston, MA 02109-3507 | Roberta Robinson<br>26 Bradlee Street<br>Dorchester Center, MA 02124-1106 | Roger Bertling<br>Legal Services Center<br>122 Boylston Street<br>Jamaica Plain, MA 02130-2246 |
| Roger E. Gottlieb<br>Andrew LeMar<br>Dykema Gossett, PLLC<br>10 S. Wacker Dr., Suite 2300<br>Chicago, IL 60606-7439 | Roger Heidenrich<br>Sonnenschien, Nath & Rosenthal<br>One Metropolitan Square, No. 3000<br>St. Louis, MO 63102-2741 | Saxon Capital Inc.<br>4708 Mercantile Drive North<br>Fort Worth, TX 76137-3605 |
| Sheldon Levy, CPA<br>6320 Southwest Blvd., Ste. 204<br>Fort Worth, TX 76109-6961 | State of Alabama<br>Dept. of Revenue<br>50 North Ripley Street<br>Montgomery, AL 36132-0001 | State of Alabama<br>P.O. Box 320001<br>Montgomery, AL 36132-0001 |
| Steven V. Stenger<br>Klar, Izsak & Stenger, LLC<br>1505 South Big Bend Blvd.<br>St. Louis, MO 63117-2205 | Sylvia Neumann<br>Pierce & Associates, P.C.<br>1 North Dearborn, No. 1300<br>Chicago, IL 60602-4373 | Texas Workforce Commission<br>Regulatory Integrity Commission-SAU<br>101 E 15th St Rm 556<br>Austin, TX 78778-0001 |
| Texas Workforce Commission<br>Regulatory Integrity Division-SAU<br>101 E 15th St Rm 556<br>Austin, TX 78778-0001 | Thomas K. McCraw, Jr.<br>LeClair Ryan, PC<br>11th Floor, One International Place<br>Boston, MA 02110 | Thomas N. Palermo<br>Asst. U.S. Attorney<br>400 N. Tampa St., No. 3200<br>Tampa, FL 33602-4798 |
| Ticor Title Insurance<br>10135 SE Sunnyside Road, Suite 200<br>Clackamas, OR 97015-5729 | Trident Title Agency, Inc.<br>CO Steven P. Connolly<br>Statutory Agent<br>1000 S. Cleveland-Massillon Rd., No. 12<br>Fairlawn, OH 44333-9244 | Trophenia Kineard<br>CO Derrick J. Hahn & Corey R. Herrick<br>Hahn Law Firm, P.C.<br>900 Jackson Street, No. 180<br>Dallas, TX 75202-4437 |
| Union Capital Mortgage Business Trust<br>45 Braintree Hill Park, No. 400<br>Braintree, MA 02184-8730 | Waste Management of Alamedia County<br>2421 W. Peoria Ave., Sutie 210<br>Phoenix, AZ 85029-4944 | Wells Fargo Home Mortgage, Inc.<br>CO Matthew Fairless<br>Hazelwood & Weber LLC<br>200 North Third Street<br>St. Charles, MO 63301-2813 |

```
Wisconsin Dept. of Revenue          Daniel J. Sherman                  Elizabeth Grace Smith
PO Box 930208                       509 N. Montclair                   Law Offices of Elizabeth G. Smith
Milwaukee, WI 53293-0208            Dallas, TX 75208-5450              6655 First Park Ten, Suite 250
                                                                       San Antonio, TX 78213-4305


UST U.S. Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-1011
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Greater Cincinnati Water Works
4747 Spring Grove Ave.
Cincinnati, OH 45232-1986
```

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

```
Cynthia Fischer
Lerner, Sampson & Rothfuss
120 E. Fourth St., Suite 800
Cincinnati, OH 45201-5480
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Barclays Capital Real Estate Inc.    (u)CitiGroup Global Markets Realty Corp.    (u)HomEq Servicing Corporation


(u)Americas Servicing Company           (d)Meritage Mortgage Corporation            (u)Ann L. Wehener
                                        1601 Bryan Street, Suite 19034
                                        Dallas, TX 75201-3430


(u)Robert N. Towne                      End of Label Matrix
                                        Mailable recipients   153
                                        Bypassed recipients     7
                                        Total                 160
```