# STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM

**Movant's Exhibit 3**

FLORIDA SECURED TRANSACTION REGISTRY

# FILED

**2007 Jan 24 AM 12:00**

**\*\*\*\* 200704654820 \*\*\*\***

**\*\*\*D \* 2001000028-34.00\*\*\*34.00\*\*\***

**A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON**
Laura W. Austin (904) 251-6420

**B. SEND ACKNOWLEDGEMENT TO:**
Name Laura W. Austin, Corporate Paralegal

Address 4901 Belfort Road, Suite 160

Address

City/State/Zip Jacksonville, FL 32256

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

---

**1. DEBTOR'S EXACT FULL LEGAL NAME – INSERT ONLY ONE DEBTOR NAME (1a OR 1b) – Do Not Abbreviate or Combine Names**

| 1a. ORGANIZATION'S NAME MERITAGE MORTGAGE CORPORATION | | | | |
|---|---|---|---|---|
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS 4901 Belfort Road, Suite 160 | CITY JACKSONVILLE | STATE FL | POSTAL CODE 32256 | COUNTRY USA |
| 1d. TAX ID# 93-1186856 | REQUIRED ADD'L INFO RE: ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION CORPORATION | 1f. JURISDICTION OF ORGANIZATION OREGON | 1g. ORGANIZATIONAL ID# 533109-84 ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – INSERT ONLY ONE DEBTOR NAME (2a OR 2b) – Do Not Abbreviate or Combine Names**

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2d. TAX ID# | REQUIRED ADD'L INFO RE: ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID# ☐ NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P)– INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)**

| 3a. ORGANIZATION'S NAME NetBank | | | | |
|---|---|---|---|---|
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS 1015 Windward Ridge Parkway | CITY Alpharetta | STATE GA | POSTAL CODE 30005 | COUNTRY USA |

**4.** This **FINANCING STATEMENT** covers the following collateral:

Collateral more particularly described on Exhibit A attached hereto and made a part hereof by reference.

---

| 5. ALTERNATE DESIGNATION (if applicable) | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR |
|---|---|---|---|
| | AG. LIEN | NON-UCC FILING | SELLER/BUYER |

**6. Florida DOCUMENTARY STAMP TAX – YOU ARE REQUIRED TO CHECK EXACTLY ONE BOX**

☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.

☒ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA – State of Florida**                    00611.1

# EXHIBIT "A"

Collateral more particularly described as:

(a)    all residential mortgage loans, whether now owned or hereafter acquired, including all principal thereof and interest thereon from time to time outstanding or paid and all of the other papers related to a residential mortgage loan and the creation, perfection and maintenance of its lien and lien priority, including any papers securing, guaranteeing or otherwise related to or delivered in connection with any residential mortgage loan, in a form reasonably acceptable to the Secured Party (including any guaranties, lien priority agreements, security agreements, mortgages, deeds of trust, collateral assignments of the Debtor's interests in underlying obligations or security, subordination agreements, negative pledge agreements, loan agreements and title, mortgage, pool and casualty insurance policies, as any such papers may be supplemented, amended, restated or replaced from time to time evidencing, securing or otherwise relating to such residential mortgage loans, whether or not such mortgage loans are pledged to the Secured Party or repledged to, deposited with, delivered to, caused to be delivered (or sent) by the Debtor to, or held by or for, the Secured Party or held for the Secured Party by any financial intermediaries, securities intermediaries, custodians, or bailees;

(b)    all private mortgage insurance on, any such mortgage loans, and all renewals, extensions, modifications and replacements of any of them; all rights, liens, security interests, guaranties, insurance agreements and assignments accruing or to accrue to the benefit of the Debtor in respect of any of the mortgage loans; all rights to service (and be compensated for servicing) any mortgage loans to the extent that any such rights exist, including the right to receive reimbursement for advances made by the Debtor for taxes, insurance or both resulting from related escrow accounts' not being adequately funded at origination of such mortgage loans to the extent that such reimbursement rights have been pledged to another; all of the Debtor's rights, powers, privileges, benefits and remedies under each and every paper now or hereafter securing, insuring, guaranteeing or otherwise relating to or delivered in connection with any of the mortgage loans, including all guaranties, lien priority agreements, security agreements, deeds of trust, collateral assignments, subordination agreements, negative pledge agreements, loan agreements, management agreements, development agreements, design professional agreements, payment, performance or completion bonds, title and casualty insurance policies and mortgage guaranty or insurance contracts

(c)    all hazard insurance or condemnation proceeds paid or payable with respect to any of the mortgage loans and/or any of the property securing payment of any of the mortgage loans or covered by any related instrument; all of the Debtor's rights now or hereafter existing in, to or under any collateralized mortgage obligations and other mortgage backed securities secured by or representing any interest in any of the mortgage loans, whether evidenced by book entry or certificate (the Secured Party's lien, mortgage, deed of trust, pledge, security interest, charge or encumbrance of any kind (including any conditional sale or other title retention agreement, any finance lease or other contract in the nature thereof and any agreement to give any security interest) against each collateralized mortgage obligations and other mortgage backed securities created from, based on or backed by mortgage loans shall automatically attach to, cover and affect all of the Debtor's right, title and interest in that collateralized mortgage

obligation and other mortgage backed securities when issued and its proceeds and the Secured Party's lien, mortgage, deed of trust, pledge, security interest, charge or encumbrance of any kind, including any conditional sale or other title retention agreement, any finance lease or other contract in the nature thereof and any agreement to give any security interest against the mortgage loans from which such collateralized mortgage obligations and other mortgage backed securities was so created shall automatically be released when the collateralized mortgage obligations and other mortgage backed securities is issued, subject to automatic reinstatement if such issuance is voided or set aside by any court of competent jurisdiction); all proceeds of any nature paid or payable by any governmental, quasi-governmental or private mortgage guarantor or insurer with respect to any of the mortgage loans; all tax, insurance, maintenance fee and other escrow deposits or payments made by the Borrowers under such mortgage loans (the Secured Party acknowledges that the Debtor's rights in such deposits are limited to the rights of an escrow agent and such other rights, if any, in and to such deposits as are accorded by the mortgage loans and related papers); any and all personal property, contract rights, accounts, general intangibles, instruments and proceeds of whatever kind relating to the mortgage loans (except as and to the extent specifically excluded by the provisions hereof) and all other papers delivered to the Secured Party or custodian and all other rights transferred to the Secured Party in respect of any of the mortgage loans, including the right to receive all insurance proceeds (including casualty insurance, pool insurance and title insurance proceeds) and condemnation awards or payments in lieu of condemnation which may be or become payable in respect of the premises encumbered or intended to be encumbered by any mortgage loan;

(d)    all files, papers, documents, instruments, surveys, certificates, correspondence, appraisal reports, computer programs, tapes, disks, cards, accounting records and other records, information and data relating to any of the mortgage loans or any of their mortgage notes and all of the other papers related to a mortgage loan and the creation, perfection and maintenance of its lien and lien priority for a particular item of collateral, including any papers securing, guaranteeing or otherwise related to or delivered in connection with any mortgage loan, in a form reasonably acceptable to the Secured Party (including any guaranties, lien priority agreements, security agreements, mortgages, deeds of trust, collateral assignments of the Debtor's interests in underlying obligations or security, subordination agreements, negative pledge agreements, loan agreements and title, mortgage, pool and casualty insurance policies), as any such papers may be supplemented, amended, restated or replaced from time to time, including any of the foregoing necessary or useful for the Debtor or any other servicer to service or administer any of the mortgage loans or their proceeds;

(e)    all rights to have and receive any of the foregoing and all proceeds of any of the foregoing, including all present and future accounts, general intangibles, instruments, real or personal property, books, records, contract rights, documents (including all documents of title), chattel paper and proceeds relating to, arising from or by virtue of or collections with respect to, or comprising part of, any of the foregoing, including all insurance and claims for insurance affected or held for the benefit of the Debtor, the Secured Party or any custodian in respect of any of the foregoing;

(f)    all other rights and interests now owned or hereafter acquired by the Debtor in, under or relating to any of the Collateral described or referred to above and all proceeds of sale or other disposition of, such Collateral and all contracts and agreements, whether oral or written,

relating thereto, and any instruments, documents or writings evidencing any monetary obligation, contract right, general intangible, account or security interest in any of such Collateral, or its proceeds, whether now existing or hereafter arising, accruing or accrued. Collateral also includes all other rights and interests in and to any and all security for or claims against others in respect of any of the Collateral described or referred to above, or proceeds of sale or other disposition of, any of such Collateral; and

(g)    all accessions or additions to, substitutions for and proceeds of any and all of the foregoing, together with all renewals and replacements of any of the foregoing.