01-29-07  04:28PM  FROM-DATA RESEARCH INC       503-296-0766       T-679  P.06/06  F-492

**Movant's Exhibit 4**

7509203
01/26/07 11:07 AM
OR Sec. of State

State of Oregon
Initial Filing 1 Page(s)

9027864807

### UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Laura W. Austin 904.251.6420

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

DATA RESEARCH, INC.
8130 SW Beaverton-Hillsdale Highway
Portland, OR 97225

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| MERITAGE MORTGAGE CORPORATION | | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 4901 BELFORT ROAD, SUITE 160 | JACKSONVILLE | FL | 32256 | USA |
| 1d. SEE INSTRUCTIONS / ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION: CORP. | 1f. JURISDICTION OF ORGANIZATION: OREGON | 1g. ORGANIZATIONAL ID #, if any: 533109-84 | ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

(blank)

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| NETBANK | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1015 Windward Ridge Parkway | Alpharetta | GA | 30005 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

ALL ASSETS, INCLUDING BUT NOT LIMITED TO ACCOUNTS, CHATTEL PAPER, DEPOSIT ACCOUNTS, ELECTRONIC CHATTEL PAPER, EQUIPMENT, INVENTORY, GENERAL INTANGIBLES, GOODS, INSTRUMENTS, INVESTMENT PROPERTY, SOFTWARE, LETTER-OF-CREDIT RIGHTS AND TANGIBLE CHATTEL PAPER, WHETHER NOW OWNED OR HEREAFTER ACQUIRED AND ALL PROCEEDS OF ANY OF THE FOREGOING.

**8. OPTIONAL FILER REFERENCE DATA**
STATE OF OREGON

401 FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 9/05)